# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | AUSA Katherine Wong |
| | AUSA Kim Pedersen |
| | Paralegal Keeley Sandvig |
| Electronic Device(s): | Laptop |
| Purpose and Location Of Use: | Trial - Courtroom 701 |
| Case No.: | 1:17-CR-115 |
| Date(s) Authorized: | 6/11/2018 - 6/22/2018 |
| IT Clearance Waived: | ✓ (Yes)   _____ (No) |

APPROVED BY:

Date: 06/04/2018

/s/
Anthony J. Trenga
United States District Judge
_____ igistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____  _____
 IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**