IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:17CR115 |
| | ) | |
| JOSE BENJAMIN MANLAPAZ, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF PUBLICATIONS AND FINALITY OF ORDERS OF FORFEITURE

NOW COMES the United States of America represents as follows:

WHEREAS, on October 19, 2018, this Court entered a Preliminary Order of Forfeiture (Dkt.#159) as to the defendant, Jose Benjamin Manlapaz, ordering the forfeiture of certain assets, including $44,948 U.S. currency that is a subject of this order, and on October 1, 2019, this Court entered an Order Forfeiting Substitute Assets (Dkt.#201) that includes 31 assorted watches and funds totaling $59,584.88 in a brokerage account that are also subjects of this order (see attached Declaration of Publication);

WHEREAS, the United States twice published notice of the Preliminary Order of Forfeiture and its intent to dispose of the subject assets in accordance with the law on an official government Internet site, www.forfeiture.gov, for thirty (30) consecutive days, beginning on November 7, 2018, and ending on December 6, 2018, and beginning on April 3, 2020, and ending on May 2, 2020, as required by Federal Rule of Criminal Procedure 32.2(b)(6) and 21 U.S.C. § 853(n)(1) & (2), thereby providing notice to any person or entity asserting a legal interest in the subject assets that he/she/it may within 30 days of the final publication of the notice petition the Court for a hearing to adjudicate the validity of the alleged interest;

WHEREAS, a written notice of criminal forfeiture with the Preliminary Order of Forfeiture was sent on January 25, 2019, via United States Postal Service, certified mail, return receipt requested, to Christina F. Frayna Manlapaz in Annandale, Virginia as the only party or entity known by the government to have an alleged interest in the subject asset, $44, 948 U.S. currency;

WHEREAS, a written notice of criminal forfeiture with the Order to Forfeit Substitute Assets was also sent on October 10, 2019, via United States Postal Service, certified mail, return receipt requested, to Christina F. Frayna Manlapaz in Annandale, Virginia as the only party or entity known by the government to have alleged an interest in the subject assets, funds totaling $59,584.88 in a brokerage account and 31 assorted watches;

WHEREAS, no petition asserting an interest in the subject assets has been filed, and the time for doing so is expired; and

WHEREAS, the Preliminary Order of Forfeiture and the Order to Forfeit Substitute Assets provide that they will become the Final Orders of Forfeiture in the absence of any third party claims, as provided by Fed. R. Crim. P. 32.2(c)(2) and 21 U.S.C. § 853(n)(7).

Accordingly, all right, title, and interest in the subject assets has been forfeited to the United States of America in accordance with the Preliminary Order of Forfeiture and the Order to Forfeit Substitute Assets, and the forfeited subject assets at this time may be disposed of according to law.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Karen Ledbetter Taylor
Assistant United States Attorney
Attorney for the United States
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office Number: (703) 299-3700
Facsimile Number: (703)299-3982
Email address: karen.taylor2@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of June 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

By:         /s/
    Karen Ledbetter Taylor
    Assistant United States Attorney
    Attorney for the United States
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Office Number: (703) 299-3700
    Facsimile Number: (703)299-3982
    Email address: karen.taylor2@usdoj.gov