IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:17-CR-115 |
| | ) | |
| JOSE BENJAMIN MANLAPAZ, | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF PUBLICATIONS

Notice of Criminal Forfeiture was twice posted for 30 consecutive days each on an official Government Internet site, www.forfeiture.gov, beginning on November 7, 2018, and ending on December 6, 2018, and beginning on April 3, 2020, and ending on May 2, 2020, as directed by the Attorney General pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, according to procedures described in Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

I certify that the foregoing is true and correct.

Executed on this 10th day of June 2020.

*Balcar*
Lynn G. Balcar, Esq./FSA

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### COURT CASE NUMBER: 1:17CR115; NOTICE OF FORFEITURE

Notice is hereby given that on October 19, 2018, in the case of U.S. v. Jose Benjamin Manlapaz, aka Mr. Ben, a.k.a Ben Manlapaz, Court Case Number 1:17CR115, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

$44,948 US Currency (17-IRS-000641) which was seized from Jose R. Manlapaz on May 31, 2017 at an address on Willow Run Dr., located in Annandale, VA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (November 07, 2018) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, 401 Courthouse Square, Alexandria, VA  22314, and a copy served upon Assistant United States Attorney Karen Taylor, 2100 Jamieson Avenue, Alexandria, VA  22314.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  See 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Karen Taylor, 2100 Jamieson Avenue, Alexandria, VA  22314.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
COURT CASE NUMBER: 1:17CR115; NOTICE OF FORFEITURE

Notice is hereby given that on October 19, 2018, in the case of U.S. v. Jose Benjamin Manlapaz, Court Case Number 1:17CR115, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

31 Assorted Watches (17-IRS-000642), including the following items: 1 BVLGARI Watch Diagono Professional (Gold and Silver); 1 TAGHeuer Tachymetre #CAU2014 #EAU1002 (Silver and Black); 1 TAGHeuer Grand Carrera Calibre 36 Tachymetre #FCT1584 #1660448 (Silver-black face); 1 TAGHeuer Grand Carrera Calibre 36 Tachymetre (Silver-white face); 1 Breitling 1884 Chronometre #A13356 (Silver-gold trim); 1 Breitling Navitimer Heritage #A68062 (Face-Brown with white trim-leather strap); 1 Breitling 1884 Chronometre #AB0110 (Silver with neon green accents); 1 Breitling Navitimer Heritage #A68062 (Face-Silver); 1 Seiko #8D1609 (Gold with white and gold trim face); 1 Breitling for Bentley Motors #13048 (Silver face with Black leather band and white embroidered trim; 1 Rolex Oyster (Champagne and Silver); 1 Rolex Oyster (Silver with Charcoal Silver Face); 1 Rolex Oyster (Silver); 1 Rolex Oyster (Gold with what appears to be diamonds around face); 1 Rolex Oyster (Silver with Gold Trim-what appears to be diamonds in face-white face); 1 Rolex Submariner (Silver with blue and gold trim-blue face); 1 Rolex Oyster (Silver with what appears to be diamonds on face); 1 Breitling 1884 Chronographe #B13356 (Silver with gold trim-blue face with silver and gold trim); 1 Breitling 1884 #C23352 (Silver with gold trim-black face with white and gold trim); 1 Breitling Mount Brilliant Chronometre #R21330, 137/500, #2172469 (Brown leather band-brown face with; 1 TAGHeuer Tachymetre Carrera #WJ1110-0, #SQ4820, #0513MA (Silver-black face with blue and silver trim; 1 Rolex Oyster #16620 (Gold-pearl white face); 1 IWC Schaffhausen (Silver-white face); 1 TAGHeuer Formula 1 David Guetta Limited Edition #Y-F3 FAA032 on band-Black with white face and blue; 1 Breitling 1884 (Brown leather bank-white face with blue and silver trim); 1 Fossil #CH2952, #111411 (Light Brown-silver face with dark blue trim); 1 Fossil Automatic #ME3064, #111508 (Dark Brown leather band-white face with silver trim); 1 Fossil Automatic #ME3061, #111508 (Dark Brown leather band-black face with champagne trim); 1 A. Lange & Sohne (Black leather band-black face with silver trim); 1 Rolex Oyster (Gold-gold face with silver trim); 1 Movado Esq #6443 on band (Black leather band-black face with silver trim) which was seized from Jose R. Manlapaz on May 31, 2017 at 4616 Willow Run Dr., located in Annanadale, VA

$59,584.88 Funds in Fidelity Brokerage Services, LLC Acct# X90467991 (19-IRS-000243) which was seized from Jose Benjamin Manlapaz on April 24, 2019, at U.S. Attorney's Office located in Alexandria, VA

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must

file an ancillary petition within 60 days of the first date of publication (January 14, 2019) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314, and a copy served upon Assistant United States Attorney Karen Taylor, 2100 Jamieson Avenue, Alexandria, VA 22314. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Karen Taylor, 2100 Jamieson Avenue, Alexandria, VA 22314. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.