IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>JOSE BENJAMIN MANLAPAZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:17-cr-0115-AJT-1 |

## NOTICE

On July 16, 2020, the Court received a *pro se* ex parte letter from Defendant Jose Benjamin Manlapaz, who is represented by counsel. [Doc. No. 220] (docketed on July 20, 2020). Because the letter was sent to the Court ex parte and *pro se*, the Court will not take any action on the letter.

The Clerk is directed to forward copies of this Order to counsel of record and to the Defendant at the address listed in the record.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 21, 2020

1