# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| V. | * | **Criminal No: 1:17-CR-115** |
| | * | |
| **JOSE BENJAMIN MANLAPAZ** | * | **Judge: Anthony Trenga** |
| | * | |
| Defendant(s). | * | |
| | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

**COMES NOW** John O. Iweanoge, II. and THE IWEANOGES' FIRM, PC, respectfully requests leave of court to withdraw their appearance as attorneys for the Defendant, Jose Benjamin Manlapaz, in this matter. The Defendant is aware that we are withdrawing as Defendant's attorneys with regard to this case, because we have been terminated. There are no issues currently pending before the court and this motion to withdraw would not prejudice any party.

**WHEREFORE PREMISES CONSIDERED**, undersigned counsel request that this Honorable Court strike undersigned counsel's appearance in the above captioned matter.

Respectfully submitted,
THE IWEANOGES FIRM, P.C.

By:   /s/JohnIweanoge/s/
        John O. Iweanoge, II
        IWEANOGE LAW CENTER
        1026 Monroe Street, NE
        Washington, D.C. 20017
        Phone:  (202) 347-7026
        Fax:      (202) 347-7108
        Email:  joi@iweanogesfirm.com
        Attorneys for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September 2020, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the Attorneys of Record and by priority mail to:

    Jose Benjamin Manlapaz
    Inmate No.: 91156-083
    FCI Morgantown
    P.O. Box 1000
    Morgan Town, WV 26507

                                                            /S/JohnOIweanoge/S/
                                                            John O. Iweanoge, II

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| V. | * | **Criminal No: 1:17-CR-115** |
| | * | |
| **JOSE BENJAMIN MANLAPAZ** | * | **Judge: Anthony Trenga** |
| | * | |
| **Defendant(s).** | * | |
| | * | |

## ORDER

**UPON CONSIDERATION** of Motion to Withdraw As Counsel for Defendant and any response thereto, it is thereupon this _____ day of _____, 2020

**ORDERED**, that the Motion to Withdraw As counsel to Defendant is **GRANTED**, and it is

**FURTHER ORDER** that the appearance of John O. Iweanoge, II and THE IWEANOGES' FIRM, PC is hereby stricken from the record as counsel for the Defendant, Jose Benjamin Manlapaz.

SO ORDERED

                                                                                     Hon. Anthony Trenga
                                                                                    U.S. District Court Judge