# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| V.   * | **Criminal No: 1:17-CR-115** |
| * | |
| **JOSE BENJAMIN MANLAPAZ** * | **Judge: Anthony Trenga** |
| * | |
| Defendant(s).   * | |
| * | |

## ORDER

**UPON CONSIDERATION** of Amended Motion to Withdraw As Counsel for Defendant and any response thereto, it is thereupon this __14th__ day of __September__, 2020

**ORDERED**, that the Motion to Withdraw As counsel to Defendant is **GRANTED**, and it is

**FURTHER ORDER** that the appearance of John O. Iweanoge, II and THE IWEANOGES' FIRM, PC is hereby stricken from the record as counsel for the Defendant, Jose Benjamin Manlapaz.

SO ORDERED

Anthony J. Trenga   09/14/2020
United States District Judge