FILED: November 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-4793 (L)
(1:17-cr-00115-AJT-1)

———————————

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSE BENJAMIN MANLAPAZ, a/k/a Mr. Ben, a/k/a Ben Manlapaz

    Defendant - Appellant

———————————

O R D E R

———————————

    The court grants counsel's motion to withdraw from further representation.

    Entered at the direction of the panel: Chief Judge Gregory, Judge Keenan, and Judge Wynn.

                              For the Court

                              /s/ Patricia S. Connor, Clerk