# EXHIBIT A



# Bureau of Prisons
# Health Services
# Inmate Report Only (formerly labeled ISDS)

| **Reg #:** 91156-083 | **Inmate Name:** MANLAPAZ, JOSE BENJAMIN |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____    Transfer Date: 06/02/2019

**Health Problems**

| Health Problem | Status |
|---|---|
| LTBI Prophy Hx Prior to BOP Incarceration | Current |
| Type 1 diabetes mellitus | Current |
| Sleep apnea | Current |
| Age-related cataract Cortical OD>OS 03-12-19. | Current |
| Retinopathy, NOS No DM retinopathy OU 03-12-19. | Current |
| Adhesive capsulitis of shoulder right | Current |
| Cough | Current |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Aspirin 81 MG EC Tab  Exp: 11/29/2019  SIG: Take one tablet (81 MG) by mouth each day
Atorvastatin 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each morning
Diabetic Supply - Lancets  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***
Diabetic Supply - Sharps Container  Exp: 11/29/2019  SIG: FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
Diabetic Supply - Test Strips(Glucocard Expr) 50  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER WHEN REQUESTING REFILL OF STRIPS ***pill line***
glipiZIDE  5 MG TAB  Exp: 11/29/2019  SIG: Take two tablets (10 MG) by mouth each morning
Insulin  NPH (10 ML) 100 UNITS/ML INJ  Exp: 04/11/2020  SIG: Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
Insulin  NPH (10 ML) 100 UNITS/ML INJ  Exp: 05/14/2020  SIG: Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
Insulin  Reg (10 ML) 100 UNITS/ML Inj  Exp: 03/12/2020  SIG: Inject per sliding scale Subcutaneously  -   Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
Lisinopril 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each day
metFORMIN 1000 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (1000 MG) by mouth twice daily

**OTCs: Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/14/2019 | 00:00 | Clinical Encounter | MLP 02 |
| 10/28/2019 | 00:00 | Chronic Care Visit | Physician |

**TB Clearance:** Yes

| Last PPD Date: 11/22/2018 | Induration: 10mm |
|---|---|
| Last Chest X-Ray Date: | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |



**Reg #:** 91156-083                 **Inmate Name:** MANLAPAZ, JOSE BENJAMIN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Sickle Cell:**
  Sickle Cell Trait/Disease:     Report Only (formerly
                                 labeled ISDS)

**Limitations/Restrictions/Diets:**
  Cell: lower bunk — 11/29/2019
  Cleared for Food Service: Yes

**Comments:**

**Allergies**
  No Known Allergies

**Devices / Equipment**
  C-Pap
  Eye Glasses

**Travel:**
    Direct Travel: No
  Travel Restrictions: None
  **UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** MORGANTOWN FCI          Phone Number: 3042964416
                **Address 1:** 446 GREENBAG ROAD,
                **Address 2:** ROUTE 857
            **City/State/Zip:**
                     MORGANTOWN, West Virginia
                     26501

Name/Title of Person Completing Form: Dennison, Richard RN                    Date:   06/02/2019

Inmate Name:   MANLAPAZ, JOSE BENJAMIN       Reg #:   91156-083   DOB:   09/30/1963   Sex:   M



## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANLAPAZ, JOSE BENJAMIN | | Reg #: 91156-083 |
| Date of Birth: 09/30/1963 | Sex: M   Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: 12/17/2019 07:11 | Provider: Meyer, Christopher PA-C | Unit: T01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Meyer, Christopher PA-C

**Chief Complaint:** DIABETIC

**Subjective:** IM with a few lower glucose levels in mid afternoon.  mostly 70-90  has been watching diet better. asks about insulin reduction.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 97.8 | 36.6 | | Meyer, Christopher PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 | 74 | | | Meyer, Christopher PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 16 | Meyer, Christopher PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 112/58 | | | | Meyer, Christopher PA-C |

**SaO2:**

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 96 | Meyer, Christopher PA-C |

**Exam:**

**General**
   **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
   **Auscultation**
      Yes: Clear to Auscultation
**Cardiovascular**
   **Auscultation**
      Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Type 1 diabetes mellitus, E109 - Current

| | | | |
|---|---|---|---|
| Inmate Name: MANLAPAZ, JOSE BENJAMIN | | Reg #: | 91156-083 |
| Date of Birth: 09/30/1963 | Sex: M   Race: ASIAN/PAC. | Facility: | MRG |
| Encounter Date: 12/17/2019 07:11 | Provider: Meyer, Christopher PA-C | Unit: | T01 |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | INsulin NPH - Human | 12/17/2019 07:11 | 14 units Subcutaneously  insulin each morning x 365 day(s) Pill Line Only |

          **Indication:** Type 1 diabetes mellitus

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 149609-MRG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 12/17/2019 07:11 | Inject 18 units subcutaneously @ 0630 insulin line |

        **Discontinue Type:**   *When Pharmacy Processes*

        **Discontinue Reason:***new order written*

        **Indication:**

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/17/2020 00:00 | MLP 02 |
|     f/u DM   pending updated labs. | | |

**Other:**

decrease am NPH 4 units
exercise
diet
see for f/u.  has pending labs for Jan 2020

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/17/2019 | Counseling | Diabetes Counseling | Meyer, Christopher | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Meyer, Christopher PA-C on 12/17/2019 07:19

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | Reg #: 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: M Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: | 09/06/2019 07:59 | Provider: Meyer, Christopher PA-C | Unit: T01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**          **Provider:** Meyer, Christopher PA-C

**Chief Complaint:** Cold or Flu Symptoms
**Subjective:** sore throat, cough, congestion x 3 days. taking Tylenol only. no fever.
**Pain:**         Not Applicable

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98.1 | 36.7 | | Meyer, Christopher PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 | 80 | | | Meyer, Christopher PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 16 | Meyer, Christopher PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 142/83 | | | | Meyer, Christopher PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98 | | Meyer, Christopher PA-C |

### Exam:
#### General
##### Appearance
Yes: Appears Well, Alert and Oriented x 3
#### Ears
##### Tympanic Membrane
Yes: Within Normal Limits
No: Erythema
##### External Ear
Yes: Within Normal Limits
#### Mouth
##### Pharynx
Yes: Within Normal Limits
No: Inflammation, Tonsilar Exudate, Erythema
#### Pulmonary
##### Auscultation

| Inmate Name: MANLAPAZ, JOSE BENJAMIN | | Reg #: 91156-083 |
|---|---|---|
| Date of Birth: 09/30/1963 | Sex: M  Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: 09/06/2019 07:59 | Provider: Meyer, Christopher PA-C | Unit: T01 |

**Exam:**

       Yes: Clear to Auscultation

   **Cardiovascular**

      **Auscultation**

         Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

  Acute upper respiratory infection, unspecified, J069 - Current

**PLAN:**

**Disposition:**

    Return Immediately if Condition Worsens

**Other:**

    fluids
    rest
    ibu or Tylenol OTC.
    offered pass to commissary for cough drops and antihistamines, IM says that he has them.
    discussed expectant resolutioin

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/06/2019 | Counseling | Plan of Care | Meyer, Christopher | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Meyer, Christopher PA-C on 09/06/2019 08:28

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex:    M    Race:  ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 06/11/2019 14:25 | Provider:  McDonald, Edward O.D. | Unit: | T01 |

Optometry – Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

> **COMPLAINT  1**        **Provider:** McDonald, Edward O.D.
>
> **Chief Complaint:** Eyes/Vision Problems
> **Subjective:**    Pt here for refraction.  Hx of poorly controlled DM.
>
> Uses current glasses for reading only.
>
> **Pain:**        No

**OBJECTIVE:**

**Exam Comments**

UnAided VA OD- 20/50 OS- 20/50  OU- 20/40   Aided OD: 20/40   OS: 20/30  ;
HAB: OD: -1.25-1.25x091
        OS: -1.25-0.75x097  Add: +2.25

MR: OD:  -0.75-1.25x082  20/30
        OS: -1.25-1.25x102  20/25
Add +2.25

EOM= FROM OU
FTFC OU
Lids: Clear OD, OS
Conj: Clear OD, OS
Cornea: Clear OD, OS
Ant Chamber: D & Q OD, OS

**ASSESSMENT:**

Presbyopia, H524 - Current - *Glasses 06-11-19.*

**PLAN:**

**Disposition:**
    Return Immediately if Condition Worsens

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2019 | Counseling | Plan of Care | McDonald, Edward | Verbalizes Understanding |

**Spec Rx:    Completed on** 06/11/2019 15:26
    **Sphere Right:** -0.75
    **Sphere Left:** -1.25
    **Cylinder Right:** -1.25
    **Cylinder Left:** -1.25
    **Axis Right:**  82
    **Axis Left:**  102

| | |
|---|---|
| Inmate Name: MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 |
| Date of Birth: 09/30/1963 | Sex: M  Race: ASIAN/PAC.  Facility: MRG |
| Encounter Date: 06/11/2019 14:25 | Provider: McDonald, Edward O.D.  Unit: T01 |

**Bifocal Power Right:** 2.25
**Bifocal Power Left:** 2.25
**Segment Height Right:** 15
**Segment Height Left:** 15
**Pupillary Width Distance Right:** 67
**Frame Material:** Plastic
**Straight Top:** X
　　　**28:** X
**Frame Style:** FPI-1
**Frame Color:** Black
**Eye Size:** 51
**Bridge Size:** 17
**Temple Length and Style:** 140

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McDonald, Edward O.D. on 06/11/2019 15:28

91156-083    MANLAPAZ, JOSE

# Medication Administration Record

JUNE 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 06/11/19 11:58  Meyer, Christopher PA-C  **18 units Subcutaneously insulin each morning x 365 day(s) Pill Line Only**  Exp. Date 06/10/20 11:57  MRG  Order  INsulin NPH - Human | 0630 | | | | | | | | | | | | ORD BES 06:35 | | | | | | | | | | | | | | | | | | | |
| Ord. Date 04/12/19 11:14  Meyer, Christopher PA-C  **Inject 16 units subcutaneously @ 0630 insulin line**  Exp. Date 06/11/19 11:58  MRG 145767-MRG  Insulin NPH (10 ML) 100 UNITS/ML INJ | 0630 | 0.16 BES 08:34 | 0.16 RWD 08:34 | 0.16 CMG 08:39 | 0.16 CMG 08:34 | 0.16 RWD 08:36 | 0.16 RWD 08:44 | 0.16 CJM 08:41 | 0.16 CJM 08:33 | 0.16 RWD 08:42 | 0.16 RWD 08:47 | 0.16 RWD 08:38 | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 05/15/19 14:25  Meyer, Christopher PA-C  **Inject 11 units of NPH insulin subcutaneously each evening ***pill line*****  Exp. Date 10/03/19 13:25  MRG 146617-MRG  Insulin NPH (10 ML) 100 UNITS/ML INJ | 1645 | 0.11 BES 17:03 | 0.11 RWD 16:48 | 0.11 RWD 17:12 | 0.11 RWD 17:13 | 0.11 JJE 16:55 | 0.11 JJE 17:02 | 0.11 JJE 16:45 | 0.11 JJE 16:53 | 0.11 RWD 16:46 | 0.11 JJE 17:07 | 0.11 JJE 16:40 | 0.11 RWD 16:40 | 0.11 RWD 17:17 | 0.11 BES 16:59 | 0.11 BES 16:47 | 0.11 RWD 17:11 | 0.11 JJE 17:08 | 0.11 JJE 17:15 | 0.11 JJE 17:13 | 0.11 RWD 17:09 | 0.11 JJE 16:48 | 0.11 BES 16:53 | 0.11 RWD 17:00 | 0.11 JJE 16:57 | 0.11 JJE 17:24 | 0.11 JJE 17:10 | 0.11 BES 17:25 | 0.11 BES 17:44 | 0.11 RWD 17:33 | | |
| Ord. Date 08/12/19 07:09  Meyer, Christopher PA-C  **Inject 18 units subcutaneously @ 0630 insulin line**  Exp. Date 10/03/19 13:25  MRG 147268-MRG  Insulin NPH (10 ML) 100 UNITS/ML INJ | 0630 | | | | | | | | | | | | 0.18 BES 06:15 | 0.18 RWD 06:40 | 0.18 BES 06:38 | 0.18 RWD 06:27 | 0.18 BES 06:29 | 0.18 RWD 06:44 | 0.18 CMG 06:37 | 0.18 CMG 06:40 | 0.18 BES 06:34 | 0.18 BES 06:42 | 0.18 RWD 06:27 | 0.18 JJE 06:41 | 0.18 RWD 06:37 | 0.18 RWD 06:49 | 0.18 JJE 06:33 | 0.18 RWD 06:37 | 0.18 BES 06:38 | 0.18 BES 06:15 | | |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Registration #: 91156-083     Pt. Name: MANLAPAZ, JOSE

DOB: 09/30/63

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

91156-083    MANLAPAZ, JOSE

# Medication Administration Record

JUNE 2019

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 03/13/19 12:22  **Exp. Date** 10/03/19 13:25  Meyer, Christopher PA-C  **Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200  1 unit 201-250 2 units 251-300 3 units 301-350 4 units >350 5 units**  MRG 145005-MRG  Insulin  Reg (10 ML) 100 UNITS/ML Inj | 0630 | 0.02 BES 08:33 | 0.01 RWD 08:33 | 0.01 CMG 08:37 | 0.02 CMG 08:32 | 0.01 RWD 08:34 | 0.02 JJE 06:28 | 0.02 CJM 09:45 | 0.01 RWD 08:34 | 0.02 RWD 08:40 | NI RWD | 0.01 RWD 08:34 | NI BES | NI BES | 0.01 BES 08:33 | 0.01 BES 08:33 | NI RWD | NI RWD | NI RWD | NI CMG | NI CMG | NI BES | NI RWD | NI RWD | NI RWD | NI BES | NI BES | NI BES | 0.01 BES 08:33 | NI RWD | | |
| | 1645 | 0.02 BES 17:00 | 0.01 RWD 18:47 | 0.01 RWD 17:19 | 0.01 RWD 17:11 | 0.02 JJE 18:04 | 0.01 JJE 17:00 | 0.02 JJE 18:43 | NI RWD | NI JJE | NI JJE | 0.01 RWD 18:23 | NI JJE | NI JJE | 0.01 BES 18:48 | 0.02 RWD 18:44 | NI JJE | 0.01 JJE 17:13 | NI RWD | NI BES | NI RWD | NI JJE | NI JJE | NI RWD | 0.01 JJE 17:03 | NI JJE | NI BES | NI RWD | | | | |
| **Ord. Date** 11/29/18 15:23  **Exp. Date** 10/03/19 13:04  Meyer, Christopher PA-C  **USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH**  MRG 142763-MRG  Diabetic Supply - Lancets | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 11/29/18 15:25  **Exp. Date** 10/03/19 13:21  Meyer, Christopher PA-C  **FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL**  MRG 142765-MRG  Diabetic Supply - Sharps Container | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 11/29/18 15:23  **Exp. Date** 08/14/19 11:14  Meyer, Christopher PA-C  **USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS**  MRG 142764-MRG  Diabetic Supply - Test Strips(Glucocard Expr) 50 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Registration #: 91156-083        Pt. Name: MANLAPAZ, JOSE        DOB: 09/30/63

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

## Medication Administration Record

JUNE 2019

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 08:33 EST | 226 |
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 17:02 EST | 217 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 08:33 EST | 200 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 16:48 EST | 177 |
| 145005-MRG | 06/03/2019 | Insulin Line | CMG | 06/03/2019 06:39 EST | 197 |
| 145005-MRG | 06/03/2019 | Insulin Line | RWD | 06/03/2019 17:12 EST | 160 |
| 145005-MRG | 06/04/2019 | Insulin Line | CMG | 06/04/2019 06:34 EST | 207 |
| 145005-MRG | 06/04/2019 | Insulin Line | RWD | 06/04/2019 17:12 EST | 178 |
| 145005-MRG | 06/05/2019 | Insulin Line | RWD | 06/05/2019 06:35 EST | 187 |
| 145005-MRG | 06/05/2019 | Insulin Line | JJE | 06/05/2019 16:55 EST | 244 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 06:39 EST | 213 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 17:01 EST | 183 |
| 145005-MRG | 06/07/2019 | Insulin Line | JJE | 06/07/2019 16:44 EST | 197 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 08:35 EST | 180 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 16:53 EST | 84 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 08:41 EST | 220 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 16:45 EST | 129 |
| 145005-MRG | 06/10/2019 | Insulin Line | RWD | 06/10/2019 06:46 EST | 130 |
| 145005-MRG | 06/10/2019 | Insulin Line | JJE | 06/10/2019 17:07 EST | 127 |
| 145005-MRG | 06/11/2019 | Insulin Line | RWD | 06/11/2019 06:35 EST | 160 |
| 145005-MRG | 06/11/2019 | Insulin Line | JJE | 06/11/2019 16:40 EST | 148 |
| 145005-MRG | 06/12/2019 | Insulin Line | BES | 06/12/2019 06:35 EST | 145 |
| 145005-MRG | 06/12/2019 | Insulin Line | RWD | 06/12/2019 16:39 EST | 184 |
| 145005-MRG | 06/13/2019 | Insulin Line | BES | 06/13/2019 06:34 EST | 140 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083    DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

# Medication Administration Record

JUNE 2019



| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 145005-MRG | 06/13/2019 | Insulin Line | JJE | 06/13/2019 17:17 EST | 117 |
| 145005-MRG | 06/14/2019 | Insulin Line | BES | 06/14/2019 06:40 EST | 152 |
| 145005-MRG | 06/14/2019 | Insulin Line | JJE | 06/14/2019 16:58 EST | 88 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 08:34 EST | 155 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 16:46 EST | 181 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 08:45 EST | 143 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 16:45 EST | 205 |
| 145005-MRG | 06/17/2019 | Insulin Line | RWD | 06/17/2019 06:35 EST | 149 |
| 145005-MRG | 06/17/2019 | Insulin Line | JJE | 06/17/2019 17:11 EST | 132 |
| 145005-MRG | 06/18/2019 | Insulin Line | RWD | 06/18/2019 06:44 EST | 119 |
| 145005-MRG | 06/18/2019 | Insulin Line | JJE | 06/18/2019 17:08 EST | 111 |
| 145005-MRG | 06/19/2019 | Insulin Line | CMG | 06/19/2019 06:36 EST | 127 |
| 145005-MRG | 06/19/2019 | Insulin Line | RWD | 06/19/2019 17:14 EST | 174 |
| 145005-MRG | 06/20/2019 | Insulin Line | CMG | 06/20/2019 06:39 EST | 132 |
| 145005-MRG | 06/20/2019 | Insulin Line | JJE | 06/20/2019 17:09 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | BES | 06/21/2019 06:33 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | JJE | 06/21/2019 17:09 EST | 131 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 08:42 EST | 148 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 16:47 EST | 127 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 08:41 EST | 100 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 16:52 EST | 128 |
| 145005-MRG | 06/24/2019 | Insulin Line | RWD | 06/24/2019 06:40 EST | 145 |
| 145005-MRG | 06/24/2019 | Insulin Line | JJE | 06/24/2019 17:00 EST | 81 |
| 145005-MRG | 06/25/2019 | Insulin Line | RWD | 06/25/2019 06:37 EST | 100 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083     DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing: 06/02/2020 14:42 EST

# Medication Administration Record

JUNE 2019

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|------|-----------------|-----------|-----------|---------------|-----------|
| 145005-MRG | 06/25/2019 | Insulin Line | JJE | 06/25/2019 16:57 EST | 73 |
| 145005-MRG | 06/26/2019 | Insulin Line | BES | 06/26/2019 06:45 EST | 109 |
| 145005-MRG | 06/26/2019 | Insulin Line | RWD | 06/26/2019 17:23 EST | 128 |
| 145005-MRG | 06/27/2019 | Insulin Line | BES | 06/27/2019 06:33 EST | 99 |
| 145005-MRG | 06/27/2019 | Insulin Line | JJE | 06/27/2019 17:04 EST | 152 |
| 145005-MRG | 06/28/2019 | Insulin Line | BES | 06/28/2019 06:35 EST | 125 |
| 145005-MRG | 06/28/2019 | Insulin Line | JJE | 06/28/2019 17:17 EST | 100 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 08:34 EST | 168 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 17:43 EST | 93 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 09:14 EST | 131 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 17:22 EST | 81 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083          DOB: 09/30/63          Allergies:No Known Allergies

Report information is current as of the date and time of printing:   06/02/2020 14:42 EST



**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** **Sensitive But Unclassified** ***

| | |
|---|---|
| **Name** MANLAPAZ, JOSE | **Facility** FCI Morgantown |
| **Reg #** 91156-083 | **Order Unit** T01-028L |
| **DOB** 09/30/1963 | **Provider** Christopher  Meyer, PA-C |
| **Sex** M | |

| | |
|---|---|
| **Collected** 07/23/2019 08:10 | |
| **Received** 07/24/2019 11:52 | |
| **Reported** 07/24/2019 16:57 | |
| **LIS ID** 192191936 | |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | | 106 | 98-107 | mmol/L |
| CO2 | | 25 | 21-32 | mmol/L |
| BUN | | 11 | 7-26 | mg/dL |
| Creatinine | | 0.86 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2.  if African American, multiply by 1.210.  A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.4-10.2 | mg/dL |
| Glucose | H | 195 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 21 | 8-55 | U/L |
| Alkaline Phosphatase | | 68 | 40-140 | U/L |
| Bilirubin, Total | H | 1.4 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.6 | 6.4-8.3 | g/dL |
| Albumin | | 3.9 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | | g/dL |
| Alb/Glob Ratio | | 1.44 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 12.6 | 5.0-30.0 | |
| GGT | | 26 | 12-64 | U/L |
| Bilirubin, Direct | | 0.5 | 0.1-0.5 | mg/dL |
| Cholesterol | | 132 | <200 | mg/dL |
| Triglycerides | H | 173 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 59 | <130 | mg/dL |
| Chol/HDL Ratio | | 3.4 | 0.0-4.0 | |

## SPECIAL CHEMISTRY

| | | | |
|---|---|---|---|
| PSA, Total | 0.77 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system.  Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

| | | | |
|---|---|---|---|
| TSH | 1.618 | 0.350-4.940 | uIU/mL |

## HEMATOLOGY

| | | | |
|---|---|---|---|
| WBC | 5.7 | 4.0-11.0 | K/uL |

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | | | | |
|---|---|---|---|---|---|
| **Complex:** | MRG—MORGANTOWN FCI | | **Begin Date:** 06/02/2019 | **End Date:** | 06/02/2020 |
| **Inmate:** | MANLAPAZ, JOSE BENJAMIN | | **Reg #:** 91156-083 | **Quarter:** | T04-006L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                      Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day

| **Rx#:** 142760-MRG | **Doctor:** Meyer, Christopher PA-C | |
|---|---|---|
| **Start:** 11/29/18 | **Exp:** 11/29/19   **D/C:** 10/02/19 | **Pharmacy Dispensings:** 330 TAB in 552 days |

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day

| **Rx#:** 149599-MRG | **Doctor:** Khan, L. MD/CD | |
|---|---|---|
| **Start:** 10/02/19 | **Exp:** 10/01/20 | **Pharmacy Dispensings:** 270 TAB in 245 days |

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning

| **Rx#:** 142761-MRG | **Doctor:** Meyer, Christopher PA-C | |
|---|---|---|
| **Start:** 11/29/18 | **Exp:** 11/29/19   **D/C:** 10/02/19 | **Pharmacy Dispensings:** 330 tab in 552 days |

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning

| **Rx#:** 149603-MRG | **Doctor:** Khan, L. MD/CD | |
|---|---|---|
| **Start:** 10/03/19 | **Exp:** 10/02/20 | **Pharmacy Dispensings:** 270 tab in 244 days |

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***

| **Rx#:** 142763-MRG | **Doctor:** Meyer, Christopher PA-C | |
|---|---|---|
| **Start:** 11/29/18 | **Exp:** 11/29/19   **D/C:** 10/03/19 | **Pharmacy Dispensings:** 1100 ea in 552 days |

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***

| **Rx#:** 149604-MRG | **Doctor:** Khan, L. MD/CD | |
|---|---|---|
| **Start:** 10/03/19 | **Exp:** 10/02/20 | **Pharmacy Dispensings:** 750 ea in 244 days |

Diabetic Supply - Sharps Container
FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***

| **Rx#:** 142765-MRG | **Doctor:** Meyer, Christopher PA-C | |
|---|---|---|
| **Start:** 11/29/18 | **Exp:** 11/29/19   **D/C:** 10/03/19 | **Pharmacy Dispensings:** 22 ea in 552 days |



| Complex: | MRG—MORGANTOWN FCI | | Begin Date: | 06/02/2019 | End Date: | 06/02/2020 |
| Inmate: | MANLAPAZ, JOSE BENJAMIN | | Reg #: | 91156-083 | Quarter: | T04-006L |

## Active Prescriptions

Diabetic Supply - Sharps Container

FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***

| Rx#: 149605-MRG | Doctor: Khan, L. MD/CD | |
| Start: 10/03/19 | Exp: 10/02/20 | Pharmacy Dispensings: 15 ea in 244 days |

Diabetic Supply - Test Strips(Glucocard Expr) 50

USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

| Rx#: 142764-MRG | Doctor: Meyer, Christopher PA-C | | |
| Start: 11/29/18 | Exp: 11/29/19 | D/C: 08/14/19 | Pharmacy Dispensings: 900 strip in 552 days |

Diabetic Supply - Test Strips

USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

| Rx#: 148480-MRG | Doctor: Meyer, Christopher PA-C | | |
| Start: 08/14/19 | Exp: 11/29/19 | D/C: 10/03/19 | Pharmacy Dispensings: 207 ea in 294 days |

Diabetic Supply - Test Strips

USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

| Rx#: 149606-MRG | Doctor: Khan, L. MD/CD | | |
| Start: 10/03/19 | Exp: 01/18/20 | D/C: 01/16/20 | Pharmacy Dispensings: 350 ea in 244 days |

Diabetic Supply - Test Strips

USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

| Rx#: 151493-MRG | Doctor: Meyer, Christopher PA-C | |
| Start: 01/16/20 | Exp: 07/14/20 | Pharmacy Dispensings: 450 ea in 139 days |

Distilled Water 1 gallon [ Hinckley/Mckesson]

Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

| Rx#: 147086-MRG | Doctor: Meyer, Christopher PA-C | | |
| Start: 06/05/19 | Exp: 12/02/19 | D/C: 10/03/19 | Pharmacy Dispensings: 5 ea in 364 days |

Distilled Water 1 gallon [ Hinckley/Mckesson]

Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

| Rx#: 149607-MRG | Doctor: Khan, L. MD/CD | | |
| Start: 10/03/19 | Exp: 03/31/20 | D/C: 01/16/20 | Pharmacy Dispensings: 3 ea in 244 days |

Distilled Water 1 gallon [ Hinckley/Mckesson]

Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

| Rx#: 151494-MRG | Doctor: Meyer, Christopher PA-C | | |
| Start: 01/16/20 | Exp: 07/14/20 | D/C: 05/29/20 | Pharmacy Dispensings: 5 ea in 139 days |

| Complex: | MRG--MORGANTOWN FCI | Begin Date: | 06/02/2019 | End Date: | 06/02/2020 |
|---|---|---|---|---|---|
| Inmate: | MANLAPAZ, JOSE BENJAMIN | Reg #: | 91156-083 | Quarter: | T04-006L |

## Active Prescriptions

glipiZIDE 5 MG TAB
Take two tablets (10 MG) by mouth each morning
**Rx#:** 142767-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 660 TAB in 552 days

glipiZIDE 5 MG TAB
Take two tablets (10 MG) by mouth each morning
**Rx#:** 149608-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 540 TAB in 244 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth each day
**Rx#:** 142771-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 330 TAB in 552 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth each day
**Rx#:** 149612-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 270 TAB in 244 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth twice daily
**Rx#:** 142772-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 660 TAB in 552 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth twice daily
**Rx#:** 149613-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 540 TAB in 244 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 145767-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 04/12/19    **Exp:** 04/11/20    **D/C:** 06/11/19    **Pharmacy Dispensings:** 0 ML in 418 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
**Rx#:** 146617-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 05/15/19    **Exp:** 05/14/20    **D/C:** 10/03/19    **Pharmacy Dispensings:** 0 ML in 385 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 147268-MRG    **Doctor:** Meyer, Christopher PA-C

| Complex: | MRG--MORGANTOWN FCI | | Begin Date: | 06/02/2019 | End Date: | 06/02/2020 |
|---|---|---|---|---|---|---|
| Inmate: | MANLAPAZ, JOSE BENJAMIN | | Reg #: | 91156-083 | Quarter: | T04-006L |

## Active Prescriptions

| | Start: 06/12/19 | Exp: 06/11/20 | D/C: 10/03/19 | Pharmacy Dispensings: 0 ML in 357 days |
|---|---|---|---|---|

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***

| **Rx#:** | 149609-MRG | **Doctor:** Khan, L. MD/CD | | |
|---|---|---|---|---|
| **Start:** | 10/03/19 | **Exp:** 10/02/20 | **D/C:** 12/17/19 | **Pharmacy Dispensings:** 0 ML in 244 days |

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***

| **Rx#:** | 149610-MRG | **Doctor:** Khan, L. MD/CD | | |
|---|---|---|---|---|
| **Start:** | 10/03/19 | **Exp:** 10/02/20 | | **Pharmacy Dispensings:** 0 ML in 244 days |

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 14 units subcutaneously @ 0630 insulin line ***pill line***

| **Rx#:** | 150975-MRG | **Doctor:** Meyer, Christopher PA-C | | |
|---|---|---|---|---|
| **Start:** | 12/17/19 | **Exp:** 12/16/20 | | **Pharmacy Dispensings:** 0 ML in 169 days |

Insulin Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***

| **Rx#:** | 145005-MRG | **Doctor:** Meyer, Christopher PA-C | | |
|---|---|---|---|---|
| **Start:** | 03/13/19 | **Exp:** 03/12/20 | **D/C:** 10/03/19 | **Pharmacy Dispensings:** 0 ML in 448 days |

Insulin Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***

| **Rx#:** | 149611-MRG | **Doctor:** Khan, L. MD/CD | | |
|---|---|---|---|---|
| **Start:** | 10/03/19 | **Exp:** 10/02/20 | **D/C:** 03/02/20 | **Pharmacy Dispensings:** 0 ML in 244 days |

·

# Medication Administration Record

91156-083    MANLAPAZ, JOSE                                                JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 10/03/19 13:24 — Khan, L. MD/CD — **Inject 11 units of NPH insulin subcutaneously each evening \*\*\*pill line\*\*\*** — Exp. Date 10/02/20 13:23 — MRG 149610-MRG — Insulin NPH (10 ML) 100 UNITS/ML INJ | 1645 | 0.11 RWD 15:42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 12/17/19 09:51 — Meyer, Christopher PA-C — **Inject 14 units subcutaneously @ 0630 Insulin line** — Exp. Date 12/16/20 09:50 — MRG 150975-MRG — Insulin NPH (10 ML) 100 UNITS/ML INJ | 0630 | 0.14 RNW 06:45 | 0.14 RNW 06:16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 10/03/19 13:10 — Khan, L. MD/CD — **USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH** — Exp. Date 10/02/20 13:09 — MRG 149604-MRG — Diabetic Supply - Lancets | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 10/03/19 13:21 — Khan, L. MD/CD — **FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL** — Exp. Date 10/02/20 13:20 — MRG 149605-MRG — Diabetic Supply - Sharps Container | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: RNW = Wright, R. | RWD = Dennison, R.

Documentation Codes: ORD = Order

Registration #: 91156-083       Pt. Name: MANLAPAZ, JOSE                DOB: 09/30/63

Report information is current as of the date and time of printing: 06/02/2020 14:42 EST

91156-083    MANLAPAZ, JOSE

# Medication Administration Record

JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 01/16/20 13:45 **USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS** Exp. Date 07/14/20 13:44 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 151493-MRG Diabetic Supply - Test Strips | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Meyer, Christopher PA-C

Providers: RNW = Wright, R. | RWD = Dennison, R.

Documentation Codes: ORD = Order

Registration #: 91156-083    Pt. Name: MANLAPAZ, JOSE    DOB: 09/30/63
Report information is current as of the date and time of printing: 06/02/2020 14:42 EST

## CERTIFICATE OF CONCURRENCE

THIS IS TO CERTIFY that I have this day served the following participants in the case at bar with a true and correct copy of the foregoing document depositing a copy in the United States mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery.

Court Clerk
U.S. Court of Appeals
For the Fourth Circuit
Lewis F. Powell, Jr. Courthouse & Annex
1100 E. Main Street (#501)
Richmond, VA 23219

Honorable Anthony J. Trenga
U.S. District Judge
Eastern District of Virginia
Albert V. Bryan, U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Kimberly Riley Pedersen, AUSA
Katherine Wong, AUSA
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

_____ (Inmate Signature)

Mr. Jose Benjamin Manlapaz
#91156-083
Federal Correctional Institution (Morgantown FCI)
P.O. Box 1000
Morgantown, WV 26507

Dated this ___14th___ day of ___October___ 2020

Document Title(s) Enclosed:   MOTION FOR LEAVE TO FILE PETITION
FOR EXTRAORDINARY WRIT OF ERROR
APPARENT UPON FACE OF THE RECORD