Mr. J[...]
#9115[...]
Federal Correctional Institution
Morgantown FCI
P.O. Box 1000
Morgantown, WV

 
 
 
 

US MARSHALS SERVICE

Honorable Anthony J. Trenga
U.S. District Judge
Eastern District of Virginia
Albert V. Bryan, US Courthouse
401 Courthouse Square
Alexandria, VA 22314

Case 1:17-cr-00115-AJT   Document 229-2   Filed 12/08/20   Page 2 of 2 PageID# 4206