FILED: February 22, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2128
(1:17-cr-00115-AJT-1)
_____

In re: JOSE BENJAMIN MANLAPAZ, a/k/a Mr. Ben, a/k/a Ben Manlapaz

Petitioner

_____

J U D G M E N T
_____

In accordance with the decision of this court, the petition for extraordinary writ under Fed. R. App. P. 21 is denied.

/s/ PATRICIA S. CONNOR, CLERK