# EXHIBIT A

# Bureau of Prisons
# Health Services
# Inmate Report Only (formerly labeled ISDS)

**Reg #:** 91156-083      **Inmate Name:** MANLAPAZ, JOSE BENJAMIN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____    Transfer Date: 06/02/2019

**Health Problems**

| Health Problem | Status |
| --- | --- |
| LTBI Prophy Hx Prior to BOP Incarceration | Current |
| Type 1 diabetes mellitus | Current |
| Sleep apnea | Current |
| Age-related cataract <br>    Cortical OD>OS 03-12-19. | Current |
| Retinopathy, NOS <br>    No DM retinopathy OU 03-12-19. | Current |
| Adhesive capsulitis of shoulder <br>    right | Current |
| Cough | Current |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Aspirin 81 MG EC Tab  Exp: 11/29/2019  SIG: Take one tablet (81 MG) by mouth each day
Atorvastatin 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each morning
Diabetic Supply - Lancets  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***
Diabetic Supply - Sharps Container  Exp: 11/29/2019  SIG: FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
Diabetic Supply - Test Strips(Glucocard Expr) 50  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
glipiZIDE 5 MG TAB  Exp: 11/29/2019  SIG: Take two tablets (10 MG) by mouth each morning
Insulin NPH (10 ML) 100 UNITS/ML INJ  Exp: 04/11/2020  SIG: Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
Insulin NPH (10 ML) 100 UNITS/ML INJ  Exp: 05/14/2020  SIG: Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
Insulin Reg (10 ML) 100 UNITS/ML Inj  Exp: 03/12/2020  SIG: Inject per sliding scale Subcutaneously  -  Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
Lisinopril 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each day
metFORMIN 1000 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (1000 MG) by mouth twice daily

**OTCs: Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments**

| Date | Time | Activity | Provider |
| --- | --- | --- | --- |
| 06/14/2019 | 00:00 | Clinical Encounter | MLP 02 |
| 10/28/2019 | 00:00 | Chronic Care Visit | Physician |

**TB Clearance:** Yes

| | | |
| --- | --- | --- |
| Last PPD Date: 11/22/2018 | Induration: 10mm | |
| Last Chest X-Ray Date: _____ | Results: _____ | |
| TB Treatment: _____ | Sx free for 30 days: Yes | |
| TB Follow-up Recommended: No | | |

**Reg #:** 91156-083                    **Inmate Name:** MANLAPAZ, JOSE BENJAMIN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Sickle Cell:**
  Sickle Cell Trait/Disease:    Report Only (formerly
                                labeled ISDS)

**Limitations/Restrictions/Diets:**
  Cell: lower bunk --- 11/29/2019
  Cleared for Food Service: Yes

**Comments:**

**Allergies**
  No Known Allergies

**Devices / Equipment**
  C-Pap
  Eye Glasses

**Travel:**
  Direct Travel: No
  Travel Restrictions:  None
  **UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:**  MORGANTOWN FCI          Phone Number: 3042964416
        Address 1:  446 GREENBAG ROAD,
        Address 2:  ROUTE 857
      City/State/Zip:
                    MORGANTOWN, West Virginia
                    26501

Name/Title of Person Completing Form:  Dennison, Richard RN          Date:  06/02/2019

Inmate Name:  MANLAPAZ, JOSE BENJAMIN      Reg #:  91156-083    DOB:  09/30/1963    Sex:    M

# Bureau of Prisons
# Health Services
# Clinical Encounter

---

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: M | Race: ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 12/17/2019 07:11 | Provider: | Meyer, Christopher PA-C | Unit: | T01 |

---

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**      **Provider:** Meyer, Christopher PA-C

**Chief Complaint:** DIABETIC

**Subjective:**  IM with a few lower glucose levels in mid afternoon.  mostly 70-90  has been watching diet better. asks about insulin reduction.

**Pain:**  No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 97.8 | 36.6 | | Meyer, Christopher PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 | 74 | | | Meyer, Christopher PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 16 | Meyer, Christopher PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 112/58 | | | | Meyer, Christopher PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 96 | | Meyer, Christopher PA-C |

**Exam:**

**General**
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
  **Auscultation**
    Yes: Clear to Auscultation
**Cardiovascular**
  **Auscultation**
    Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Type 1 diabetes mellitus, E109 - Current

| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: | M   Race: ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 12/17/2019 07:11 | Provider: | Meyer, Christopher PA-C | Unit: | T01 |

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | INsulin NPH - Human | 12/17/2019 07:11 | 14 units Subcutaneously  insulin each morning x 365 day(s) Pill Line Only |

Indication:  Type 1 diabetes mellitus

### Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 149609-MRG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 12/17/2019 07:11 | Inject 18 units subcutaneously @ 0630 insulin line |

Discontinue Type:    *When Pharmacy Processes*

Discontinue Reason:*new order written*

Indication:

### Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/17/2020 00:00 | MLP 02 |

f/u DM   pending updated labs.

### Other:

decrease am NPH 4 units
exercise
diet
see for f/u.  has pending labs for Jan 2020

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/17/2019 | Counseling | Diabetes Counseling | Meyer, Christopher | Verbalizes Understanding |

Copay Required:No          Cosign Required:  No

Telephone/Verbal Order:   No

Completed by Meyer, Christopher PA-C on 12/17/2019 07:19

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | |
|---|---|
| Inmate Name: MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 |
| Date of Birth: 09/30/1963 | Sex: M  Race: ASIAN/PAC.  Facility: MRG |
| Encounter Date: 09/06/2019 07:59 | Provider: Meyer, Christopher PA-C  Unit: T01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** Meyer, Christopher PA-C

**Chief Complaint:** Cold or Flu Symptoms
**Subjective:**     sore throat, cough, congestion x 3 days.  taking Tylenol only.  no fever.
**Pain:**        Not Applicable

## OBJECTIVE:
### Temperature:

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98.1 | 36.7 | | Meyer, Christopher PA-C |

### Pulse:

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 | 80 | | | Meyer, Christopher PA-C |

### Respirations:

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 16 | Meyer, Christopher PA-C |

### Blood Pressure:

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 142/83 | | | | Meyer, Christopher PA-C |

### SaO2:

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98 | | Meyer, Christopher PA-C |

### Exam:
**General**
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3
**Ears**
  **Tympanic Membrane**
    Yes: Within Normal Limits
    No: Erythema
  **External Ear**
    Yes: Within Normal Limits
**Mouth**
  **Pharynx**
    Yes: Within Normal Limits
    No: Inflammation, Tonsilar Exudate, Erythema
**Pulmonary**
  **Auscultation**

| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: | M    Race:  ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 09/06/2019 07:59 | Provider: | Meyer, Christopher PA-C | Unit: | T01 |

**Exam:**

        Yes: Clear to Auscultation

    **Cardiovascular**

        **Auscultation**

            Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Acute upper respiratory infection, unspecified, J069 - Current

**PLAN:**

**Disposition:**

    Return Immediately if Condition Worsens

**Other:**

    fluids
    rest
    ibu or Tylenol OTC.
    offered pass to commissary for cough drops and antihistamines, IM says that he has them.
    discussed expectant resolutioin

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 09/06/2019 | Counseling | Plan of Care | Meyer, Christopher | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Meyer, Christopher PA-C on 09/06/2019 08:28

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: M | Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: | 06/11/2019 14:25 | Provider: | McDonald, Edward O.D. | Unit: T01 |

Optometry - Optometry Exam encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**     **Provider:** McDonald, Edward O.D.

**Chief Complaint:** Eyes/Vision Problems

**Subjective:** Pt here for refraction.  Hx of poorly controlled DM.

| | |
|---|---|
| | Uses current glasses for reading only. |
| **Pain:** | No |

## OBJECTIVE:

### Exam Comments

UnAided VA OD- 20/50 OS- 20/50  OU- 20/40   Aided OD: 20/40   OS: 20/30  ;
HAB: OD: -1.25-1.25x091
      OS: -1.25-0.75x097  Add: +2.25

MR: OD: -0.75-1.25x082  20/30
     OS: -1.25-1.25x102  20/25
Add +2.25

EOM= FROM OU
FTFC OU
Lids: Clear OD, OS
Conj: Clear OD, OS
Cornea: Clear OD, OS
Ant Chamber: D & Q OD, OS

## ASSESSMENT:

Presbyopia, H524 - Current - *Glasses 06-11-19.*

## PLAN:

## Disposition:

Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2019 | Counseling | Plan of Care | McDonald, Edward | Verbalizes Understanding |

**Spec Rx:   Completed on   06/11/2019 15:26**
  **Sphere Right:** -0.75
  **Sphere Left:** -1.25
  **Cylinder Right:** -1.25
  **Cylinder Left:** -1.25
  **Axis Right:** 82
  **Axis Left:** 102

| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: | M    Race: ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 06/11/2019 14:25 | Provider: | McDonald, Edward O.D. | Unit: | T01 |

**Bifocal Power Right:** 2.25
**Bifocal Power Left:** 2.25
**Segment Height Right:** 15
**Segment Height Left:** 15
**Pupillary Width Distance Right:** 67
**Frame Material:** Plastic
**Straight Top:** X
**28:** X
**Frame Style:** FPI-1
**Frame Color:** Black
**Eye Size:** 51
**Bridge Size:** 17
**Temple Length and Style:** 140

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McDonald, Edward O.D. on 06/11/2019 15:28

# Medication Administration Record

91156-083    MANLAPAZ, JOSE                                                JUNE 2019

**Order 1**

| Medication Orders | Time | 1 | 12 |
|---|---|---|---|
| Ord. Date 06/11/19 11:58 — Meyer, Christopher PA-C — 18 units Subcutaneously insulin each morning x 365 day(s) Pill Line Only | 0630 | . | ORD BES 06:35 |
| Exp. Date 06/10/20 11:57 | | | |
| MRG | | | |
| Order: INsulin NPH - Human | | | |

**Order 2** — Ord. Date 04/12/19 11:14 — Meyer, Christopher PA-C — Inject 16 units subcutaneously @ 0630 insulin line — Exp. Date 06/11/19 11:58 — MRG 145767-MRG — Insulin NPH (10 ML) 100 UNITS/ML INJ — Time 0630

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dose | 0.16 BES 06:34 | 0.16 RWD 06:34 | 0.16 CMG 06:39 | 0.16 CMG 06:34 | 0.16 RWD 06:36 | 0.16 JJE 06:44 | 0.16 CJM 06:41 | 0.16 JJE 06:35 | 0.16 JJE 06:42 | 0.16 RWD 06:47 | 0.16 RWD 06:36 |

**Order 3** — Ord. Date 05/15/19 14:25 — Meyer, Christopher PA-C — Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** — Exp. Date 10/03/19 13:25 — MRG 146617-MRG — Insulin NPH (10 ML) 100 UNITS/ML INJ — Time 1645

| Day | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dose | 0.11 BES 17:02 | 0.11 RWD 16:49 | 0.11 RWD 17:12 | 0.11 RWD 17:13 | 0.11 JJE 16:55 | 0.11 JJE 16:45 | 0.11 JJE 16:53 | 0.11 JJE 16:48 | 0.11 RWD 17:07 | 0.11 JJE 16:40 | 0.11 JJE 16:40 | 0.11 JJE 17:17 | 0.11 BES 16:59 | 0.11 BES 16:47 |

| Day | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dose | 0.11 RWD 17:08 | 0.11 JJE 17:15 | 0.11 JJE 17:10 | 0.11 JJE 17:09 | 0.11 BES 16:48 | 0.11 BES 16:53 | 0.11 JJE 17:00 | 0.11 JJE 16:57 | 0.11 JJE 17:34 | 0.11 RWD 17:10 | 0.11 JJE 17:25 | 0.11 RWD 17:28 | 0.11 JJE 17:44 | 0.11 BES 17:23 |

**Order 4** — Ord. Date 06/12/19 07:09 — Meyer, Christopher PA-C — Inject 18 units subcutaneously @ 0630 insulin line — Exp. Date 10/03/19 13:25 — MRG 147268-MRG — Insulin NPH (10 ML) 100 UNITS/ML INJ — Time 0630

| Day | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dose | 0.18 BES 06:35 | 0.18 RWD 06:40 | 0.18 BES 06:35 | 0.18 JJE 06:27 | 0.18 BES 06:44 | 0.18 RWD 06:37 | 0.18 CMG 06:40 | 0.18 BES 06:34 | 0.18 JJE 06:42 | 0.18 RWD 06:27 | 0.18 BES 06:41 | 0.18 RWD 06:37 | 0.18 BES 06:46 | 0.18 BES 06:33 | 0.18 RWD 06:37 | 0.18 BES 06:35 | 0.18 RWD 06:15 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Registration #: 91156-083    Pt. Name: MANLAPAZ, JOSE    DOB: 09/30/63
Report information is current as of the date and time of printing: 06/02/2020 14:42 EST

**Medication Administration Record**    JUNE 2019

91156-083    MANLAPAZ, JOSE

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 3/13/19 2:22 — Meyer, Christopher PA-C **Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200 1 unit 201-250 2 units 251-300 3 units 301-350 4 units >350 5 units** | 0630 | 0.02 BES 03:32 | 0.01 RWD 03:32 | 0.01 CMG 06:37 | 0.02 CMG 06:52 | 0.01 RWD 06:34 | 0.02 JJE 06:38 | 0.02 CJM 06:40 | 0.01 JJE 06:34 | 0.02 RWD 03:40 | NI RWD | 0.01 RWD 06:34 | NI BES | NI BES | 0.01 BES 06:38 | 0.01 BES 03:33 | NI RWD | NI RWD | NI CMG | NI BES | NI BES | NI RWD | NI JJE | NI RWD | NI JJE | NI BES | 0.01 BES 03:33 | NI RWD |  |  |  |  |
|  | 1645 | 0.02 BES 17:00 | 0.01 RWD 18:47 | 0.01 RWD 17:10 | 0.01 RWD 17:11 | 0.02 JJE 16:54 | 0.01 JJE 17:00 | 0.01 JJE 16:43 | NI JJE | NI RWD | NI JJE | NI JJE | 0.01 RWD 16:38 | NI JJE | NI JJE | 0.01 BES 18:48 | 0.02 RWD 16:44 | NI JJE | NI JJE | 0.01 RWD 17:13 | NI JJE | NI JJE | NI BES | NI RWD | NI JJE | NI RWD | 0.01 JJE 17:02 | NI JJE | NI BES | NI RWD |  |  |
| NRG 145005- NRG Insulin  Reg (10 ML) 100 UNITS/ML Inj |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 1/29/18 5:23 — Meyer, Christopher PA-C **USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH** Exp. Date 0/03/19 3:04 | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NRG 142763- NRG Diabetic Supply - Lancets |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 1/29/18 5:25 — Meyer, Christopher PA-C **FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL** Exp. Date 0/03/19 3:21 | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NRG 142765- NRG Diabetic Supply - Sharps Container |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 1/29/18 5:23 — Meyer, Christopher PA-C **USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS** Exp. Date 3/14/19 1:14 | PRN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| NRG 142764- NRG Diabetic Supply - Test Strips(Glucocard Expr) 50 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

# Medication Administration Record

JUNE 2019

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 08:33 EST | 226 |
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 17:02 EST | 217 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 08:33 EST | 200 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 16:48 EST | 177 |
| 145005-MRG | 06/03/2019 | Insulin Line | CMG | 06/03/2019 06:39 EST | 197 |
| 145005-MRG | 06/03/2019 | Insulin Line | RWD | 06/03/2019 17:12 EST | 160 |
| 145005-MRG | 06/04/2019 | Insulin Line | CMG | 06/04/2019 06:34 EST | 207 |
| 145005-MRG | 06/04/2019 | Insulin Line | RWD | 06/04/2019 17:12 EST | 178 |
| 145005-MRG | 06/05/2019 | Insulin Line | RWD | 06/05/2019 06:35 EST | 187 |
| 145005-MRG | 06/05/2019 | Insulin Line | JJE | 06/05/2019 16:55 EST | 244 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 06:39 EST | 213 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 17:01 EST | 183 |
| 145005-MRG | 06/07/2019 | Insulin Line | JJE | 06/07/2019 16:44 EST | 197 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 08:35 EST | 180 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 16:53 EST | 84 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 08:41 EST | 220 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 16:45 EST | 129 |
| 145005-MRG | 06/10/2019 | Insulin Line | RWD | 06/10/2019 06:46 EST | 130 |
| 145005-MRG | 06/10/2019 | Insulin Line | JJE | 06/10/2019 17:07 EST | 127 |
| 145005-MRG | 06/11/2019 | Insulin Line | RWD | 06/11/2019 06:35 EST | 160 |
| 145005-MRG | 06/11/2019 | Insulin Line | JJE | 06/11/2019 16:40 EST | 148 |
| 145005-MRG | 06/12/2019 | Insulin Line | BES | 06/12/2019 06:35 EST | 145 |
| 145005-MRG | 06/12/2019 | Insulin Line | RWD | 06/12/2019 16:39 EST | 184 |
| 145005-MRG | 06/13/2019 | Insulin Line | BES | 06/13/2019 06:34 EST | 140 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083          DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

# Medication Administration Record

JUNE 2019

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 145005-MRG | 06/13/2019 | Insulin Line | JJE | 06/13/2019 17:17 EST | 117 |
| 145005-MRG | 06/14/2019 | Insulin Line | BES | 06/14/2019 06:40 EST | 152 |
| 145005-MRG | 06/14/2019 | Insulin Line | JJE | 06/14/2019 16:58 EST | 88 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 08:34 EST | 155 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 16:46 EST | 181 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 08:45 EST | 143 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 16:45 EST | 205 |
| 145005-MRG | 06/17/2019 | Insulin Line | RWD | 06/17/2019 06:35 EST | 149 |
| 145005-MRG | 06/17/2019 | Insulin Line | JJE | 06/17/2019 17:11 EST | 132 |
| 145005-MRG | 06/18/2019 | Insulin Line | RWD | 06/18/2019 06:44 EST | 119 |
| 145005-MRG | 06/18/2019 | Insulin Line | JJE | 06/18/2019 17:08 EST | 111 |
| 145005-MRG | 06/19/2019 | Insulin Line | CMG | 06/19/2019 06:36 EST | 127 |
| 145005-MRG | 06/19/2019 | Insulin Line | RWD | 06/19/2019 17:14 EST | 174 |
| 145005-MRG | 06/20/2019 | Insulin Line | CMG | 06/20/2019 06:39 EST | 132 |
| 145005-MRG | 06/20/2019 | Insulin Line | JJE | 06/20/2019 17:09 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | BES | 06/21/2019 06:33 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | JJE | 06/21/2019 17:09 EST | 131 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 08:42 EST | 148 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 16:47 EST | 127 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 08:41 EST | 100 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 16:52 EST | 128 |
| 145005-MRG | 06/24/2019 | Insulin Line | RWD | 06/24/2019 06:40 EST | 145 |
| 145005-MRG | 06/24/2019 | Insulin Line | JJE | 06/24/2019 17:00 EST | 81 |
| 145005-MRG | 06/25/2019 | Insulin Line | RWD | 06/25/2019 06:37 EST | 100 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083    DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

# Medication Administration Record

JUNE 2019

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|------|-----------------|-----------|-----------|---------------|-----------|
| 145005-MRG | 06/25/2019 | Insulin Line | JJE | 06/25/2019 16:57 EST | 73 |
| 145005-MRG | 06/26/2019 | Insulin Line | BES | 06/26/2019 06:45 EST | 109 |
| 145005-MRG | 06/26/2019 | Insulin Line | RWD | 06/26/2019 17:23 EST | 128 |
| 145005-MRG | 06/27/2019 | Insulin Line | BES | 06/27/2019 06:33 EST | 99 |
| 145005-MRG | 06/27/2019 | Insulin Line | JJE | 06/27/2019 17:04 EST | 152 |
| 145005-MRG | 06/28/2019 | Insulin Line | BES | 06/28/2019 06:35 EST | 125 |
| 145005-MRG | 06/28/2019 | Insulin Line | JJE | 06/28/2019 17:17 EST | 100 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 08:34 EST | 168 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 17:43 EST | 93 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 09:14 EST | 131 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 17:22 EST | 81 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083    DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MANLAPAZ, JOSE | **Facility** FCI Morgantown | **Collected** 07/23/2019 08:10 |
| **Reg #** 91156-083 | **Order Unit** T01-028L | **Received** 07/24/2019 11:52 |
| **DOB** 09/30/1963 | **Provider** Christopher Meyer, PA-C | **Reported** 07/24/2019 16:57 |
| **Sex** M | | **LIS ID** 192191936 |

### CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | | 106 | 98-107 | mmol/L |
| CO2 | | 25 | 21-32 | mmol/L |
| BUN | | 11 | 7-26 | mg/dL |
| Creatinine | | 0.86 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.4-10.2 | mg/dL |
| Glucose | H | 195 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 21 | 8-55 | U/L |
| Alkaline Phosphatase | | 68 | 40-140 | U/L |
| Bilirubin, Total | H | 1.4 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.6 | 6.4-8.3 | g/dL |
| Albumin | | 3.9 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | | g/dL |
| Alb/Glob Ratio | | 1.44 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 12.6 | 5.0-30.0 | |
| GGT | | 26 | 12-64 | U/L |
| Bilirubin, Direct | | 0.5 | 0.1-0.5 | mg/dL |
| Cholesterol | | 132 | <200 | mg/dL |
| Triglycerides | H | 173 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 59 | <130 | mg/dL |
| Chol/HDL Ratio | | 3.4 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Result | Reference | Units |
|---|---|---|---|
| PSA, Total | 0.77 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

| Test | Result | Reference | Units |
|---|---|---|---|
| TSH | 1.618 | 0.350-4.940 | uIU/mL |

### HEMATOLOGY

| Test | Result | Reference | Units |
|---|---|---|---|
| WBC | 5.7 | 4.0-11.0 | K/uL |

**FLAG LEGEND**    L=Low   Ll=Low Critical   H=High   Hl=High Critical   A=Abnormal   Al =Abnormal Critical


**Federal
Bureau of
Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MANLAPAZ, JOSE | **Facility** FCI Morgantown | **Collected** 07/23/2019 08:10 |
| **Reg #** 91156-083 | **Order Unit** T01-028L | **Received** 07/24/2019 11:52 |
| **DOB** 09/30/1963 | **Provider** Christopher Meyer, PA-C | **Reported** 07/24/2019 16:57 |
| **Sex** M | | **LIS ID** 192191936 |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| RBC | | 5.18 | 4.50-6.00 | M/uL |
| Hemoglobin | | 14.5 | 13.5-18.0 | g/dL |
| Hematocrit | | 42.2 | 40.0-52.0 | % |
| MCV | | 81.4 | 80.0-100.0 | fL |
| MCH | | 28.0 | 25.4-34.6 | pg |
| MCHC | | 34.4 | 31.0-37.0 | g/dL |
| RDW | | 13.7 | 11.0-15.0 | % |
| Platelet | | 263 | 150-400 | K/uL |
| MPV | | 9.2 | 7.0-11.0 | fL |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 8.7 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | |
|---|---|---|
| **Complex:** MRG--MORGANTOWN FCI | **Begin Date:** 06/02/2019 | **End Date:** 06/02/2020 |
| **Inmate:** MANLAPAZ, JOSE BENJAMIN | **Reg #:** 91156-083 | **Quarter:** T04-006L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**        Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 142760-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/02/19    **Pharmacy Dispensings:** 330 TAB in 552 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 149599-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/02/19    **Exp:** 10/01/20    **Pharmacy Dispensings:** 270 TAB in 245 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning
**Rx#:** 142761-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/02/19    **Pharmacy Dispensings:** 330 tab in 552 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning
**Rx#:** 149603-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 270 tab in 244 days

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW
IN TRASH ***pill line***
**Rx#:** 142763-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 1100 ea in 552 days

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW
IN TRASH ***pill line***
**Rx#:** 149604-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 750 ea in 244 days

Diabetic Supply - Sharps Container
FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
**Rx#:** 142765-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 22 ea in 552 days

| Complex: | MRG--MORGANTOWN FCI | Begin Date: 06/02/2019 | End Date: 06/02/2020 |
|---|---|---|---|
| Inmate: | MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 | Quarter: T04-006L |

## Active Prescriptions

Diabetic Supply - Sharps Container
FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
**Rx#:** 149605-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 15 ea in 244 days

Diabetic Supply - Test Strips(Glucocard Expr) 50
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
**Rx#:** 142764-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 08/14/19    **Pharmacy Dispensings:** 900 strip in 552 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
**Rx#:** 148480-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 08/14/19    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 207 ea in 294 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
**Rx#:** 149606-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 01/18/20    **D/C:** 01/16/20    **Pharmacy Dispensings:** 350 ea in 244 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
**Rx#:** 151493-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 01/16/20    **Exp:** 07/14/20    **Pharmacy Dispensings:** 450 ea in 139 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"
**Rx#:** 147086-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 06/05/19    **Exp:** 12/02/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 5 ea in 364 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"
**Rx#:** 149607-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 03/31/20    **D/C:** 01/16/20    **Pharmacy Dispensings:** 3 ea in 244 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"
**Rx#:** 151494-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 01/16/20    **Exp:** 07/14/20    **D/C:** 05/29/20    **Pharmacy Dispensings:** 5 ea in 139 days

| Complex: | MRG--MORGANTOWN FCI | Begin Date: 06/02/2019 | End Date: 06/02/2020 |
| Inmate: | MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 | Quarter: T04-006L |

## Active Prescriptions

glipiZIDE  5 MG TAB
Take two tablets (10 MG) by mouth each morning
Rx#:   142767-MRG        Doctor:  Meyer, Christopher PA-C
Start:  11/29/18        Exp: 11/29/19        D/C: 10/03/19        Pharmacy Dispensings: 660 TAB in 552 days

glipiZIDE  5 MG TAB
Take two tablets (10 MG) by mouth each morning
Rx#:   149608-MRG        Doctor:  Khan, L. MD/CD
Start:  10/03/19        Exp: 10/02/20        Pharmacy Dispensings: 540 TAB in 244 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth each day
Rx#:   142771-MRG        Doctor:  Meyer, Christopher PA-C
Start:  11/29/18        Exp: 11/29/19        D/C: 10/03/19        Pharmacy Dispensings: 330 TAB in 552 days

Lisinopril 10 MG Tab
Take one tablet (10 MG) by mouth each day
Rx#:   149612-MRG        Doctor:  Khan, L. MD/CD
Start:  10/03/19        Exp: 10/02/20        Pharmacy Dispensings: 270 TAB in 244 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth twice daily
Rx#:   142772-MRG        Doctor:  Meyer, Christopher PA-C
Start:  11/29/18        Exp: 11/29/19        D/C: 10/03/19        Pharmacy Dispensings: 660 TAB in 552 days

metFORMIN HCl 1000 MG Tab
Take one tablet (1000 MG) by mouth twice daily
Rx#:   149613-MRG        Doctor:  Khan, L. MD/CD
Start:  10/03/19        Exp: 10/02/20        Pharmacy Dispensings: 540 TAB in 244 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
Rx#:   145767-MRG        Doctor:  Meyer, Christopher PA-C
Start:  04/12/19        Exp: 04/11/20        D/C: 06/11/19        Pharmacy Dispensings: 0 ML in 418 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
Rx#:   146617-MRG        Doctor:  Meyer, Christopher PA-C
Start:  05/15/19        Exp: 05/14/20        D/C: 10/03/19        Pharmacy Dispensings: 0 ML in 385 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***
Rx#:   147268-MRG        Doctor:  Meyer, Christopher PA-C

| Complex: | MRG—MORGANTOWN FCI | Begin Date: 06/02/2019 | End Date: 06/02/2020 |
| Inmate: | MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 | Quarter: T04-006L |

## Active Prescriptions

**Start:** 06/12/19        **Exp:** 06/11/20        **D/C:** 10/03/19        Pharmacy Dispensings: 0 ML in 357 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 149609-MRG        **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19        **Exp:** 10/02/20        **D/C:** 12/17/19        Pharmacy Dispensings: 0 ML in 244 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
**Rx#:** 149610-MRG        **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19        **Exp:** 10/02/20        Pharmacy Dispensings: 0 ML in 244 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 14 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 150975-MRG        **Doctor:** Meyer, Christopher PA-C
**Start:** 12/17/19        **Exp:** 12/16/20        Pharmacy Dispensings: 0 ML in 169 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously  -   Two Times a Day– 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
**Rx#:** 145005-MRG        **Doctor:** Meyer, Christopher PA-C
**Start:** 03/13/19        **Exp:** 03/12/20        **D/C:** 10/03/19        Pharmacy Dispensings: 0 ML in 448 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously  -   Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
**Rx#:** 149611-MRG        **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19        **Exp:** 10/02/20        **D/C:** 03/02/20        Pharmacy Dispensings: 0 ML in 244 days

156-083    MANLAPAZ, JOSE

# Medication Administration Record

JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date 03/19 24 — Date 02/20 23 — Khan, L. MD/CD — **Inject 11 units of NPH insulin subcutaneously each evening \*\*\*pill line\*\*\*** — RG 3610- RG — Insulin  NPH (10 ML) 100 UNITS/ML INJ | 1645 | 0.11 RWD 18:42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date 17/19 51 — Date 16/20 50 — Meyer, Christopher PA-C — **Inject 14 units subcutaneously @ 0630 insulin line** — RG 0975- RG — Insulin  NPH (10 ML) 100 UNITS/ML INJ | 0630 | 0.14 RNW 06:48 | 0.14 RNW 06:16 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date 03/19 10 — Date 02/20 19 — Khan, L. MD/CD — **USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH** — G 0604- G — Diabetic Supply - Lancets | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date 03/19 1 — Date 02/20 0 — Khan, L. MD/CD — **FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL** — G 0605- G — Diabetic Supply - Sharps Container | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

viders: RNW = Wright, R. | RWD = Dennison, R.

cumentation Codes: ORD = Order

gistration #: 91156-083    Pt. Name:  MANLAPAZ, JOSE

DOB: 09/30/63

Report information is current as of the date and time of printing:  06/02/2020 14:42 EST

**Medication Administration Record**

91156-083    MANLAPAZ, JOSE                                    JUNE 2020

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 1/16/20 3:45 — Meyer, Christopher PA-C<br>Exp. Date 7/14/20 3:44 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 51493-MRG    Diabetic Supply - Test Strips | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: RNW = Wright, R. | RWD = Dennison, R.

Documentation Codes: ORD = Order

Registration #: 91156-083        Pt. Name: MANLAPAZ, JOSE                    DOB: 09/30/63
Report information is current as of the date and time of printing:   06/02/2020 14:42 EST

## CERTIFICATE OF CONCURRENCE

THIS IS TO CERTIFY that I have this day served the following participants in the case at bar with a true and correct copy of the foregoing document depositing a copy in the United States mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery.

Court Clerk
U.S. Court of Appeals
For the Fourth Circuit
Lewis F. Powell, Jr. Courthouse & Annex
1100 E. Main Street (#501)
Richmond, VA 23219

Honorable Anthony J. Trenga
U.S. District Judge
Eastern District of Virginia
Albert V. Bryan, U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Kimberly Riley Pedersen, AUSA
Katherine Wong, AUSA
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

_____ (Inmate Signature)

Mr. Jose Benjamin Manlapaz
#91156-083
Federal Correctional Institution (Morgantown FCI)
P.O. Box 1000
Morgantown, WV 26507

Dated this ____4th____ day of ___March___ 2020

Document Title(s) Enclosed:    MOTION FOR REDRESS IN APPEAL PURSUANT TO 28 USC {} 1291 DEDUCTIBLE BY MANIFEST INJUSTICE