IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:17-cr-0115 (AJT) |
| ) | |
| JOSE BENJAMIN MANLAPAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Pending before the Court are Defendant's Motion for Leave to File Petition for Extraordinary Writ of Error Apparent Upon Face of the Record [Doc. No. 229] (the "Motion for Leave") and Defendant's Motion for Redress in Appeal Pursuant to 28 U.S.C. § 1291 Deductible by Manifest Injustice [Doc. No. 232] (the "Motion for Redress"). For the following reasons, the Motion for Leave is DENIED as moot; and the Motion for Redress is DENIED without prejudice for lack of jurisdiction..

On May 26, 2020, Defendant filed a Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A). [Doc. No. 211]. On June 23, 2020, the Court denied Defendant's Motion for Compassionate Release. [Doc. No. 219].

On October 19, 2020, Defendant filed a Petition for Extraordinary Writ under Fed. R. App. P. 21 with the United States Court of Appeals for the Fourth Circuit, in which he asked "this higher court of law" for "leave to file this petition" relating to his "denial for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), in ruling by the Honorable Anthony J. Trenga, United States District Court, Eastern District of Virginia, Alexandria, Virginia." *See In re: Jose Manlapaz*, Case No. 20-2128, Doc. No. 2 (4th Cir. Oct. 19, 2020). Defendant's Motion for Leave [Doc. No 229], filed in this Court on  December 8, 2020, is the same motion Defendant filed in

the Court of Appeals on October 19, 2020, which the Fourth Circuit on February 22, 2021, denied in an Unpublished Opinion without oral argument. [Doc. No. 230]. The Motion for Leave [Doc. No 229] therefore appears moot.

Then, on March 12, 2021, Defendant filed the pending Motion for Redress [Doc. No. 232], but that Motion for Redress is in substance an appeal from an unidentified order of this Court and also appears to have been intended for the Fourth Circuit, as it is framed as a "petition or appeal against a final judgment order of a district court" to "this higher court of law." [Doc. No. 232] at 1, 4. As such, this Court is without jurisdiction to consider Defendant's appeal.

Accordingly, it is hereby

ORDERED that the Defendant's Motion for Leave to File Petition for Extraordinary Writ of Error Apparent Upon Face of the Record [Doc. No. 229] be, and the same hereby is, DENIED as moot; and it is further

ORDERED that Defendant's Motion for Redress in Appeal Pursuant to 28 U.S.C. § 1291 Deductible by Manifest Injustice [Doc. No. 232] is denied without prejudice for lack of jurisdiction.

The Clerk is directed to send a copy of this Order to the *pro se* Defendant and all counsel of record and to docket Defendant's Motion for Redress in Appeal Pursuant to 28 U.S.C. § 1291 Deductible by Manifest Injustice [Doc. No. 232] as an appeal.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 8, 2021