# EXHIBIT A

# Bureau of Prisons
## Health Services
## Inmate Report Only (formerly labeled ISDS)

**Reg #:** 91156-083          **Inmate Name:** MANLAPAZ, JOSE BENJAMIN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To: _____    Transfer Date: 06/02/2019 _____

**Health Problems**

| Health Problem | Status |
|---|---|
| LTBI Prophy Hx Prior to BOP Incarceration | Current |
| Type 1 diabetes mellitus | Current |
| Sleep apnea | Current |
| Age-related cataract | Current |
|     Cortical OD>OS 03-12-19. | |
| Retinopathy, NOS | Current |
|     No DM retinopathy OU 03-12-19. | |
| Adhesive capsulitis of shoulder | Current |
|     right | |
| Cough | Current |

**Medications: All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Aspirin 81 MG EC Tab  Exp: 11/29/2019  SIG: Take one tablet (81 MG) by mouth each day
Atorvastatin 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each morning
Diabetic Supply - Lancets  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***
Diabetic Supply - Sharps Container  Exp: 11/29/2019  SIG: FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
Diabetic Supply - Test Strips(Glucocard Expr) 50  Exp: 11/29/2019  SIG: USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***
glipiZIDE  5 MG TAB  Exp: 11/29/2019  SIG: Take two tablets (10 MG) by mouth each morning
Insulin NPH (10 ML) 100 UNITS/ML INJ  Exp: 04/11/2020  SIG: Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
Insulin NPH (10 ML) 100 UNITS/ML INJ  Exp: 05/14/2020  SIG: Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
Insulin  Reg (10 ML) 100 UNITS/ML Inj  Exp: 03/12/2020  SIG: Inject per sliding scale Subcutaneously -  Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
Lisinopril 10 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (10 MG) by mouth each day
metFORMIN 1000 MG Tab  Exp: 11/29/2019  SIG: Take one tablet (1000 MG) by mouth twice daily

**OTCs: Listing of all known OTCs this inmate is currently taking.**
None

**Pending Appointments**

| Date | Time | Activity | Provider |
|---|---|---|---|
| 06/14/2019 | 00:00 | Clinical Encounter | MLP 02 |
| 10/28/2019 | 00:00 | Chronic Care Visit | Physician |

**TB Clearance:** Yes

Last PPD Date: 11/22/2018 _____          Induration: 10mm _____
Last Chest X-Ray Date: _____          Results: _____
TB Treatment: _____          Sx free for 30 days: Yes
TB Follow-up Recommended: No _____

**Reg #:** 91156-083      **Inmate Name:** MANLAPAZ, JOSE BENJAMIN

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

**Sickle Cell:**
  Sickle Cell Trait/Disease:     Report Only (formerly
       labeled ISDS)

**Limitations/Restrictions/Diets:**
  Cell: lower bunk — 11/29/2019
  Cleared for Food Service: Yes

**Comments:**

**Allergies**
  No Known Allergies

**Devices / Equipment**
  C-Pap

  Eye Glasses

**Travel:**
  Direct Travel: No _____
  Travel Restrictions: ___None___
**UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:**

**Transfer From Institution:** MORGANTOWN FCI      Phone Number: 3042964416
       Address 1: 446 GREENBAG ROAD,
       Address 2: ROUTE 857
       City/State/Zip: _____
           MORGANTOWN, West Virginia
           26501

Name/Title of Person Completing Form: Dennison, Richard RN      Date:   06/02/2019

Inmate Name:   MANLAPAZ, JOSE BENJAMIN     Reg #:   91156-083    DOB:   09/30/1963    Sex:   M

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: M | Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: | 12/17/2019 07:11 | Provider: | Meyer, Christopher PA-C | Unit: T01 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**    Provider: Meyer, Christopher PA-C

**Chief Complaint:** DIABETIC

**Subjective:** IM with a few lower glucose levels in mid afternoon.  mostly 70-90  has been watching diet better. asks about insulin reduction.

**Pain:** No

## OBJECTIVE:
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 97.8 | 36.6 | | Meyer, Christopher PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 12/17/2019 | 07:15 | 74 | | | Meyer, Christopher PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 16 | Meyer, Christopher PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 112/58 | | | | Meyer, Christopher PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 12/17/2019 | 07:15 MRG | 96 | | Meyer, Christopher PA-C |

**Exam:**
**General**
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
**Pulmonary**
**Auscultation**
Yes: Clear to Auscultation
**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

## ASSESSMENT:

Type 1 diabetes mellitus, E109 - Current

| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | | Reg #: | 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: | M | Race: ASIAN/PAC. | Facility: | MRG |
| Encounter Date: | 12/17/2019 07:11 | Provider: | Meyer, Christopher PA-C | | Unit: | T01 |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | | Order Date | Prescriber Order |
|---|---|---|---|---|
| | INsulin NPH - Human | | 12/17/2019 07:11 | 14 units Subcutaneously  insulin each morning x 365 day(s) Pill Line Only |

        **Indication:** Type 1 diabetes mellitus

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 149609-MRG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 12/17/2019 07:11 | Inject 18 units subcutaneously @ 0630 insulin line |

        **Discontinue Type:**    When Pharmacy Processes

        **Discontinue Reason:** new order written

        **Indication:**

## Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up | 01/17/2020 00:00 | MLP 02 |

        f/u DM   pending updated labs.

## Other:

decrease am NPH 4 units
exercise
diet
see for f/u.  has pending labs for Jan 2020

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/17/2019 | Counseling | Diabetes Counseling | Meyer, Christopher | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Meyer, Christopher PA-C on 12/17/2019 07:19

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MANLAPAZ, JOSE BENJAMIN | | | Reg #: 91156-083 |
| Date of Birth: | 09/30/1963 | Sex: M | Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: | 09/06/2019 07:59 | Provider: | Meyer, Christopher PA-C | Unit: T01 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**     **Provider:** Meyer, Christopher PA-C

**Chief Complaint:** Cold or Flu Symptoms
**Subjective:**     sore throat, cough, congestion x 3 days.  taking Tylenol only.  no fever.
**Pain:**     Not Applicable

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98.1 | 36.7 | | Meyer, Christopher PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/06/2019 | 08:00 | 80 | | | Meyer, Christopher PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 16 | Meyer, Christopher PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 142/83 | | | | Meyer, Christopher PA-C |

**SaO2:**

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|
| 09/06/2019 | 08:00 MRG | 98 | Meyer, Christopher PA-C |

**Exam:**
**General**
    **Appearance**
        Yes: Appears Well, Alert and Oriented x 3
**Ears**
    **Tympanic Membrane**
        Yes: Within Normal Limits
        No: Erythema
    **External Ear**
        Yes: Within Normal Limits
**Mouth**
    **Pharynx**
        Yes: Within Normal Limits
        No: Inflammation, Tonsilar Exudate, Erythema
**Pulmonary**
    **Auscultation**

| Inmate Name:   MANLAPAZ, JOSE BENJAMIN | | | Reg #:   91156-083 |
|---|---|---|---|
| Date of Birth:   09/30/1963 | Sex:   M   Race: ASIAN/PAC. | Facility:  MRG | |
| Encounter Date: 09/06/2019 07:59 | Provider:  Meyer, Christopher PA-C | Unit:   T01 | |

**Exam:**

Yes: Clear to Auscultation

### Cardiovascular

#### Auscultation

Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2

**ASSESSMENT:**

Acute upper respiratory infection, unspecified, J069 - Current

**PLAN:**

**Disposition:**

Return Immediately if Condition Worsens

**Other:**

fluids
rest
ibu or Tylenol OTC.
offered pass to commissary for cough drops and antihistamines, IM says that he has them.
discussed expectant resolutioin

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/06/2019 | Counseling | Plan of Care | Meyer, Christopher | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Meyer, Christopher PA-C on 09/06/2019 08:28

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: MANLAPAZ, JOSE BENJAMIN | | Reg #: 91156-083 |
| Date of Birth: 09/30/1963 | Sex: M   Race: ASIAN/PAC. | Facility: MRG |
| Encounter Date: 06/11/2019 14:25 | Provider: McDonald, Edward O.D. | Unit: T01 |

Optometry - Optometry Exam encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT  1**      Provider: McDonald, Edward O.D.

**Chief Complaint:** Eyes/Vision Problems

**Subjective:**  Pt here for refraction. Hx of poorly controlled DM.

Uses current glasses for reading only.

**Pain:**      No

## OBJECTIVE:

### Exam Comments

UnAided VA OD- 20/50 OS- 20/50  OU- 20/40   Aided OD: 20/40   OS: 20/30  ;
HAB: OD: -1.25-1.25x091
      OS: -1.25-0.75x097  Add: +2.25

MR: OD: -0.75-1.25x082  20/30
      OS: -1.25-1.25x102  20/25
Add +2.25

EOM= FROM OU
FTFC OU
Lids: Clear OD, OS
Conj: Clear OD, OS
Cornea: Clear OD, OS
Ant Chamber: D & Q OD, OS

## ASSESSMENT:

Presbyopia, H524 - Current - *Glasses 06-11-19.*

## PLAN:

## Disposition:

Return Immediately if Condition Worsens

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/11/2019 | Counseling | Plan of Care | McDonald, Edward | Verbalizes Understanding |

**Spec Rx:   Completed on**   06/11/2019 15:26
  **Sphere Right:** -0.75
  **Sphere Left:** -1.25
  **Cylinder Right:** -1.25
  **Cylinder Left:** -1.25
  **Axis Right:** 82
  **Axis Left:** 102

Inmate Name:   MANLAPAZ, JOSE BENJAMIN
Date of Birth:   09/30/1963
Encounter Date: 06/11/2019 14:25

Sex:   M   Race:  ASIAN/PAC.
Provider:  McDonald, Edward O.D.

Reg #:   91156-083
Facility:  MRG
Unit:   T01

**Bifocal Power Right:** 2.25
**Bifocal Power Left:** 2.25
**Segment Height Right:** 15
**Segment Height Left:** 15
**Pupillary Width Distance Right:** 67
**Frame Material:** Plastic
**Straight Top:** X
**28:** X
**Frame Style:** FPI-1
**Frame Color:** Black
**Eye Size:** 51
**Bridge Size:** 17
**Temple Length and Style:** 140

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by McDonald, Edward O.D. on 06/11/2019 15:28

91156-083    MANLAPAZ, JOSE

# Medication Administration Record

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 08/11/19 11:58 | Meyer, Christopher PA-C | 0630 | . | | | | | | | | | | | ORD BES 06:35 | | | | | | | | | | |
| 18 units Subcutaneously insulin each morning x 365 day(s) Pill Line Only | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 08/10/20 11:57 | | | | | | | | | | | | | | | | | | . | | | | | | |
| MRG | | | | | | | | | | | | | | | | | | | | | | | | |
| Order | INsulin NPH - Human | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 04/12/19 11:14 | Meyer, Christopher PA-C | 0630 | 0.16 BES 08:34 | 0.16 RWD 08:34 | 0.16 CMG 08:39 | 0.16 CMG 08:34 | 0.16 RWD 08:35 | 0.16 JJE 08:44 | 0.16 CJM 08:41 | 0.16 JJE 08:35 | 0.16 RWD 08:42 | 0.16 RWD 06:47 | 0.16 RWD 06:28 | | | | | | | | | | | |
| Inject 16 units subcutaneously @ 0630 insulin line | | | . | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 06/11/19 11:58 | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 145767- MRG | Insulin NPH (10 ML) 100 UNITS/ML INJ | | | | | | | | | | | | | | | | | . | | | | | | |
| Ord. Date 05/15/19 14:25 | Meyer, Christopher PA-C | 1645 | 0.11 BES 17:02 | 0.11 RWD 18:49 | 0.11 RWD 17:12 | 0.11 RWD 17:13 | 0.11 JJE 18:55 | 0.11 JJE 17:02 | 0.11 JJE 16:45 | 0.11 JJE 18:53 | 0.11 RWD 18:46 | 0.11 JJE 17:07 | 0.11 JJE 18:40 | 0.11 RWD 18:40 | 0.11 JJE 17:17 | 0.11 JJE 18:59 | 0.11 BES 18:47 | 0.11 RWD 18:46 | 0.11 JJE 17:11 | 0.11 JJE 17:09 | 0.11 RWD 17:15 | 0.11 JJE 17:16 | 0.11 JJE 17:09 | 0.11 BES 18:48 |
| Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 10/03/19 13:25 | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 146617- MRG | Insulin NPH (10 ML) 100 UNITS/ML INJ | | | | | | | | | | | | | | | | | . | | | | | | |
| Ord. Date 06/12/19 07:09 | Meyer, Christopher PA-C | 0630 | | | | | | | | | | | | 0.18 BES 06:35 | 0.18 BES 06:40 | 0.18 BES 08:35 | 0.18 RWD 09:27 | 0.18 RWD 06:35 | 0.18 RWD 06:44 | 0.18 CMG 06:37 | 0.18 CMG 06:40 | 0.18 BES 06:34 | 0.18 BES 08:42 |
| Inject 18 units subcutaneously @ 0630 insulin line | | | | | | | | | | | | | | | | | | | | | | | | |
| Exp. Date 10/03/19 13:25 | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 147268- MRG | Insulin NPH (10 ML) 100 UNITS/ML INJ | | . | | | | | | | | | | | | | | | | | | | | | |

---

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Registration #: 91156-083    Pt. Name: MANLAPAZ, JOSE    DOB: 09/30/63
Report information is current as of the date and time of printing: 06

**91156-083    MANLAPAZ, JOSE**

# Medication Administration Record

JU

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 3/13/19 2:22 | Meyer, Christopher PA-C | 0630 | 0.02 BES 08:32 | 0.01 RWD 08:32 | 0.01 CMG 06:37 | 0.02 CMG 06:32 | 0.01 RWD 06:34 | 0.02 JJE 06:33 | 0.02 CJM 06:40 | 0.01 JJE 08:34 | 0.02 RWD 08:40 | NI RWD | 0.01 RWD 06:34 | NI BES | NI BES | 0.01 BES 06:35 | 0.01 BES 08:33 | NI RWD | NI RWD | NI RWD | NI CMG | NI CMG | NI BES | NI BES | NI RW |
| Exp. Date 00/03/19 3:25 | Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200 1 unit 201-250 2 units 251-300 3 units 301-350 4 units >350 5 units | 1645 | 0.02 BES 17:00 | 0.01 RWD 18:47 | 0.01 RWD 17:19 | 0.01 RWD 17:11 | 0.02 JJE 16:54 | 0.01 JJE 17:00 | 0.01 JJE 16:43 | NI JJE | NI RWD | NI JJE | NI JJE | 0.01 RWD 16:38 | NI JJE | NI JJE | 0.01 BES 16:43 | 0.02 RWD 16:44 | NI JJE | NI JJE | 0.01 RWD 17:13 | NI JJE | NI JJE | NI BES | NI RW |
| MRG 145005- MRG | Insulin  Reg (10 ML) 100 UNITS/ML Inj | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 1/29/18 5:23 | Meyer, Christopher PA-C | PRN | | | | | | | | | | | | | | | | | · | | | | | | |
| Exp. Date 00/03/19 3:04 | USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 142763- MRG | Diabetic Supply - Lancets | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 1/29/18 5:25 | Meyer, Christopher PA-C | PRN | | | | | | | | | | | | | | | | | · | | | | | | |
| Exp. Date 00/03/19 3:21 | FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL | | | | | | | | | | | | | | | | | | | | | | | | |
| MRG 142765- MRG | Diabetic Supply - Sharps Container | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 1/29/18 5:23 | Meyer, Christopher PA-C | PRN | | | | | | | | | | | | | | | | | · | | | | | | |
| Exp. Date 3/14/19 1:14 | USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS | | | | | | | | | | | | | | | | | · | | | | | | | |
| MRG 42764- MRG | Diabetic Supply - Test Strips(Glucocard Expr) 50 | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Registration #: 91156-083    Pt. Name: MANLAPAZ, JOSE

DOB: 09/30/63

Report information is current as of the date and time of printing:  06/02

# Medication Administration Record

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 08:33 EST | 226 |
| 145005-MRG | 06/01/2019 | Insulin Line | BES | 06/01/2019 17:02 EST | 217 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 08:33 EST | 200 |
| 145005-MRG | 06/02/2019 | Insulin Line | RWD | 06/02/2019 16:48 EST | 177 |
| 145005-MRG | 06/03/2019 | Insulin Line | CMG | 06/03/2019 06:39 EST | 197 |
| 145005-MRG | 06/03/2019 | Insulin Line | RWD | 06/03/2019 17:12 EST | 160 |
| 145005-MRG | 06/04/2019 | Insulin Line | CMG | 06/04/2019 06:34 EST | 207 |
| 145005-MRG | 06/04/2019 | Insulin Line | RWD | 06/04/2019 17:12 EST | 178 |
| 145005-MRG | 06/05/2019 | Insulin Line | RWD | 06/05/2019 06:35 EST | 187 |
| 145005-MRG | 06/05/2019 | Insulin Line | JJE | 06/05/2019 16:55 EST | 244 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 06:39 EST | 213 |
| 145005-MRG | 06/06/2019 | Insulin Line | JJE | 06/06/2019 17:01 EST | 183 |
| 145005-MRG | 06/07/2019 | Insulin Line | JJE | 06/07/2019 16:44 EST | 197 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 08:35 EST | 180 |
| 145005-MRG | 06/08/2019 | Insulin Line | JJE | 06/08/2019 16:53 EST | 84 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 08:41 EST | 220 |
| 145005-MRG | 06/09/2019 | Insulin Line | RWD | 06/09/2019 16:45 EST | 129 |
| 145005-MRG | 06/10/2019 | Insulin Line | RWD | 06/10/2019 06:46 EST | 130 |
| 145005-MRG | 06/10/2019 | Insulin Line | JJE | 06/10/2019 17:07 EST | 127 |
| 145005-MRG | 06/11/2019 | Insulin Line | RWD | 06/11/2019 06:35 EST | 160 |
| 145005-MRG | 06/11/2019 | Insulin Line | JJE | 06/11/2019 16:40 EST | 148 |
| 145005-MRG | 06/12/2019 | Insulin Line | BES | 06/12/2019 06:35 EST | 145 |
| 145005-MRG | 06/12/2019 | Insulin Line | RWD | 06/12/2019 16:39 EST | 184 |
| 145005-MRG | 06/13/2019 | Insulin Line | BES | 06/13/2019 06:34 EST | 140 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083          DOB: 09/30/63          Allergies:No Known Allergies

Report information is current as of the date and time of printing:

# Medication Administration Record

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|------|-----------------|-----------|-----------|---------------|-----------|
| 145005-MRG | 06/13/2019 | Insulin Line | JJE | 06/13/2019 17:17 EST | 117 |
| 145005-MRG | 06/14/2019 | Insulin Line | BES | 06/14/2019 06:40 EST | 152 |
| 145005-MRG | 06/14/2019 | Insulin Line | JJE | 06/14/2019 16:58 EST | 88 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 08:34 EST | 155 |
| 145005-MRG | 06/15/2019 | Insulin Line | BES | 06/15/2019 16:46 EST | 181 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 08:45 EST | 143 |
| 145005-MRG | 06/16/2019 | Insulin Line | RWD | 06/16/2019 16:45 EST | 205 |
| 145005-MRG | 06/17/2019 | Insulin Line | RWD | 06/17/2019 06:35 EST | 149 |
| 145005-MRG | 06/17/2019 | Insulin Line | JJE | 06/17/2019 17:11 EST | 132 |
| 145005-MRG | 06/18/2019 | Insulin Line | RWD | 06/18/2019 06:44 EST | 119 |
| 145005-MRG | 06/18/2019 | Insulin Line | JJE | 06/18/2019 17:08 EST | 111 |
| 145005-MRG | 06/19/2019 | Insulin Line | CMG | 06/19/2019 06:36 EST | 127 |
| 145005-MRG | 06/19/2019 | Insulin Line | RWD | 06/19/2019 17:14 EST | 174 |
| 145005-MRG | 06/20/2019 | Insulin Line | CMG | 06/20/2019 06:39 EST | 132 |
| 145005-MRG | 06/20/2019 | Insulin Line | JJE | 06/20/2019 17:09 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | BES | 06/21/2019 06:33 EST | 120 |
| 145005-MRG | 06/21/2019 | Insulin Line | JJE | 06/21/2019 17:09 EST | 131 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 08:42 EST | 148 |
| 145005-MRG | 06/22/2019 | Insulin Line | BES | 06/22/2019 16:47 EST | 127 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 08:41 EST | 100 |
| 145005-MRG | 06/23/2019 | Insulin Line | RWD | 06/23/2019 16:52 EST | 128 |
| 145005-MRG | 06/24/2019 | Insulin Line | RWD | 06/24/2019 06:40 EST | 145 |
| 145005-MRG | 06/24/2019 | Insulin Line | JJE | 06/24/2019 17:00 EST | 81 |
| 145005-MRG | 06/25/2019 | Insulin Line | RWD | 06/25/2019 06:37 EST | 100 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083      DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing: 06

# Medication Administration Record

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|------|-----------------|-----------|-----------|---------------|-----------|
| 145005-MRG | 06/25/2019 | Insulin Line | JJE | 06/25/2019 16:57 EST | 73 |
| 145005-MRG | 06/26/2019 | Insulin Line | BES | 06/26/2019 06:45 EST | 109 |
| 145005-MRG | 06/26/2019 | Insulin Line | RWD | 06/26/2019 17:23 EST | 128 |
| 145005-MRG | 06/27/2019 | Insulin Line | BES | 06/27/2019 06:33 EST | 99 |
| 145005-MRG | 06/27/2019 | Insulin Line | JJE | 06/27/2019 17:04 EST | 152 |
| 145005-MRG | 06/28/2019 | Insulin Line | BES | 06/28/2019 06:35 EST | 125 |
| 145005-MRG | 06/28/2019 | Insulin Line | JJE | 06/28/2019 17:17 EST | 100 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 08:34 EST | 168 |
| 145005-MRG | 06/29/2019 | Insulin Line | BES | 06/29/2019 17:43 EST | 93 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 09:14 EST | 131 |
| 145005-MRG | 06/30/2019 | Insulin Line | RWD | 06/30/2019 17:22 EST | 81 |

Providers: BES = Shaffer, B. | RWD = Dennison, R. | JJE = Edgell, J. | CJM = Meyer, C. | CMG = Goldizen, C.

Documentation Codes: ORD = Order | NI = Dose Not Indicated

Pt. Name: MANLAPAZ, JOSE
Registration #: 91156-083           DOB: 09/30/63

Allergies:No Known Allergies

Report information is current as of the date and time of printing:



**Federal Bureau of Prisons**

## FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | |
|---|---|
| **Name** MANLAPAZ, JOSE | |
| **Reg #** 91156-083 | |
| **DOB** 09/30/1963 | |
| **Sex** M | |

**Facility** FCI Morgantown
**Order Unit** T01-028L
**Provider** Christopher Meyer, PA-C

**Collected** 07/23/2019 08:10
**Received** 07/24/2019 11:52
**Reported** 07/24/2019 16:57
**LIS ID** 192191936

### CHEMISTRY

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Sodium | | 139 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | | 106 | 98-107 | mmol/L |
| CO2 | | 25 | 21-32 | mmol/L |
| BUN | | 11 | 7-26 | mg/dL |
| Creatinine | | 0.86 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| Test | Flag | Result | Reference | Units |
|---|---|---|---|---|
| Calcium | | 9.3 | 8.4-10.2 | mg/dL |
| Glucose | H | 195 | 70-109 | mg/dL |
| AST | | 16 | 5-34 | U/L |
| ALT | | 21 | 8-55 | U/L |
| Alkaline Phosphatase | | 68 | 40-140 | U/L |
| Bilirubin, Total | H | 1.4 | 0.2-1.0 | mg/dL |
| Total Protein | | 6.6 | 6.4-8.3 | g/dL |
| Albumin | | 3.9 | 3.5-5.0 | g/dL |
| Globulin | | 2.7 | | g/dL |
| Alb/Glob Ratio | | 1.44 | 1.00-2.30 | |
| Anion Gap | L | 8.0 | 9.0-19.0 | |
| BUN/Creat Ratio | | 12.6 | 5.0-30.0 | |
| GGT | | 26 | 12-64 | U/L |
| Bilirubin, Direct | | 0.5 | 0.1-0.5 | mg/dL |
| Cholesterol | | 132 | <200 | mg/dL |
| Triglycerides | H | 173 | <150 | mg/dL |
| HDL Cholesterol | L | 39 | 40-60 | mg/dL |
| LDL Cholesterol (calc) | | 59 | <130 | mg/dL |
| Chol/HDL Ratio | | 3.4 | 0.0-4.0 | |

### SPECIAL CHEMISTRY

| Test | Result | Reference | Units |
|---|---|---|---|
| PSA, Total | 0.77 | 0.00-4.00 | ng/mL |

This testing method is a chemiluminescent microparticle (CMIA) manufactured by Abbott Laboratories and performed on the Architect system. Values obtained with different assay methods or kits may be different and cannot be used interchangeably. Test results cannot be interpreted as absolute evidence for the presence or absence of malignant disease.

| Test | Result | Reference | Units |
|---|---|---|---|
| TSH | 1.618 | 0.350-4.940 | ulU/mL |

### HEMATOLOGY

| Test | Result | Reference | Units |
|---|---|---|---|
| WBC | 5.7 | 4.0-11.0 | K/uL |

**FLAG LEGEND**    L=Low   Ll=Low Critical   H=High   Hl=High Critical   A=Abnormal   A!=Abnormal Critical



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MANLAPAZ, JOSE | **Facility** FCI Morgantown | **Collected** 07/23/2019 08:10 |
| **Reg #** 91156-083 | **Order Unit** T01-028L | **Received** 07/24/2019 11:52 |
| **DOB** 09/30/1963 | **Provider** Christopher Meyer, PA-C | **Reported** 07/24/2019 16:57 |
| **Sex** M | | **LIS ID** 192191936 |

### HEMATOLOGY

| | | | |
|---|---|---|---|
| RBC | 5.18 | 4.50-6.00 | M/uL |
| Hemoglobin | 14.5 | 13.5-18.0 | g/dL |
| Hematocrit | 42.2 | 40.0-52.0 | % |
| MCV | 81.4 | 80.0-100.0 | fL |
| MCH | 28.0 | 25.4-34.6 | pg |
| MCHC | 34.4 | 31.0-37.0 | g/dL |
| RDW | 13.7 | 11.0-15.0 | % |
| Platelet | 263 | 150-400 | K/uL |
| MPV | 9.2 | 7.0-11.0 | fL |

### HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 8.7 | <5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

**FLAG LEGEND     L=Low   Ll=Low Critical    H=High   Hl=High Critical    A=Abnormal   Al =Abnormal Critical**

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** MRG--MORGANTOWN FCI | **Begin Date:** 06/02/2019 | **End Date:** 06/02/2020 |
| **Inmate:** MANLAPAZ, JOSE BENJAMIN | **Reg #:** 91156-083 | **Quarter:** T04-006L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

**Allergies:**                    Denied

## Active Prescriptions

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 142760-MRG          **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18      **Exp:** 11/29/19      **D/C:** 10/02/19      **Pharmacy Dispensings:** 330 TAB in 552 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 149599-MRG          **Doctor:** Khan, L. MD/CD
**Start:** 10/02/19      **Exp:** 10/01/20          **Pharmacy Dispensings:** 270 TAB in 245 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning
**Rx#:** 142761-MRG          **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18      **Exp:** 11/29/19      **D/C:** 10/02/19      **Pharmacy Dispensings:** 330 tab in 552 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each morning
**Rx#:** 149603-MRG          **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19      **Exp:** 10/02/20          **Pharmacy Dispensings:** 270 tab in 244 days

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***
**Rx#:** 142763-MRG          **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18      **Exp:** 11/29/19      **D/C:** 10/03/19      **Pharmacy Dispensings:** 1100 ea in 552 days

Diabetic Supply - Lancets
USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH ***pill line***
**Rx#:** 149604-MRG          **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19      **Exp:** 10/02/20          **Pharmacy Dispensings:** 750 ea in 244 days

Diabetic Supply - Sharps Container
FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***
**Rx#:** 142765-MRG          **Doctor:** Meyer, Christopher PA-C
**Start:** 11/29/18      **Exp:** 11/29/19      **D/C:** 10/03/19      **Pharmacy Dispensings:** 22 ea in 552 days

| **Complex:** MRG—MORGANTOWN FCI | | **Begin Date:** 06/02/2019 | **End Date:** 06/02/2020 |
| **Inmate:** MANLAPAZ, JOSE BENJAMIN | **Reg #:** 91156-083 | **Quarter:** T04-006L |

## Active Prescriptions

Diabetic Supply - Sharps Container
FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL ***pill line***

**Rx#:** 149605-MRG   **Doctor:** Khan, L. MD/CD

**Start:** 10/03/19    **Exp:** 10/02/20                 **Pharmacy Dispensings:** 15 ea in 244 days

Diabetic Supply - Test Strips(Glucocard Expr) 50
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

**Rx#:** 142764-MRG   **Doctor:** Meyer, Christopher PA-C

**Start:** 11/29/18    **Exp:** 11/29/19    **D/C:** 08/14/19    **Pharmacy Dispensings:** 900 strip in 552 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

**Rx#:** 148480-MRG   **Doctor:** Meyer, Christopher PA-C

**Start:** 08/14/19    **Exp:** 11/29/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 207 ea in 294 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

**Rx#:** 149606-MRG   **Doctor:** Khan, L. MD/CD

**Start:** 10/03/19    **Exp:** 01/18/20    **D/C:** 01/16/20    **Pharmacy Dispensings:** 350 ea in 244 days

Diabetic Supply - Test Strips
USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS ***pill line***

**Rx#:** 151493-MRG   **Doctor:** Meyer, Christopher PA-C

**Start:** 01/16/20    **Exp:** 07/14/20                 **Pharmacy Dispensings:** 450 ea in 139 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

**Rx#:** 147086-MRG   **Doctor:** Meyer, Christopher PA-C

**Start:** 06/05/19    **Exp:** 12/02/19    **D/C:** 10/03/19    **Pharmacy Dispensings:** 5 ea in 364 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

**Rx#:** 149607-MRG   **Doctor:** Khan, L. MD/CD

**Start:** 10/03/19    **Exp:** 03/31/20    **D/C:** 01/16/20    **Pharmacy Dispensings:** 3 ea in 244 days

Distilled Water 1 gallon [ Hinckley/Mckesson]
Use as directed with CPAP machine (1 gallon lasts 30 days) "Empty container is to be returned for refill"

**Rx#:** 151494-MRG   **Doctor:** Meyer, Christopher PA-C

**Start:** 01/16/20    **Exp:** 07/14/20    **D/C:** 05/29/20    **Pharmacy Dispensings:** 5 ea in 139 days

| Complex: | MRG--MORGANTOWN FCI | Begin Date: 06/02/2019 | End Date: 06/02/2020 |
|---|---|---|---|
| Inmate: | MANLAPAZ, JOSE BENJAMIN | Reg #: 91156-083 | Quarter: T04-006L |

## Active Prescriptions

**glipiZIDE 5 MG TAB**
Take two tablets (10 MG) by mouth each morning
Rx#: 142767-MRG       Doctor: Meyer, Christopher PA-C
Start: 11/29/18       Exp: 11/29/19       D/C: 10/03/19       Pharmacy Dispensings: 660 TAB in 552 days

**glipiZIDE 5 MG TAB**
Take two tablets (10 MG) by mouth each morning
Rx#: 149608-MRG       Doctor: Khan, L. MD/CD
Start: 10/03/19       Exp: 10/02/20       Pharmacy Dispensings: 540 TAB in 244 days

**Lisinopril 10 MG Tab**
Take one tablet (10 MG) by mouth each day
Rx#: 142771-MRG       Doctor: Meyer, Christopher PA-C
Start: 11/29/18       Exp: 11/29/19       D/C: 10/03/19       Pharmacy Dispensings: 330 TAB in 552 days

**Lisinopril 10 MG Tab**
Take one tablet (10 MG) by mouth each day
Rx#: 149612-MRG       Doctor: Khan, L. MD/CD
Start: 10/03/19       Exp: 10/02/20       Pharmacy Dispensings: 270 TAB in 244 days

**metFORMIN HCl 1000 MG Tab**
Take one tablet (1000 MG) by mouth twice daily
Rx#: 142772-MRG       Doctor: Meyer, Christopher PA-C
Start: 11/29/18       Exp: 11/29/19       D/C: 10/03/19       Pharmacy Dispensings: 660 TAB in 552 days

**metFORMIN HCl 1000 MG Tab**
Take one tablet (1000 MG) by mouth twice daily
Rx#: 149613-MRG       Doctor: Khan, L. MD/CD
Start: 10/03/19       Exp: 10/02/20       Pharmacy Dispensings: 540 TAB in 244 days

**Insulin NPH (10 ML) 100 UNITS/ML INJ**
Inject 16 units subcutaneously @ 0630 insulin line ***pill line***
Rx#: 145767-MRG       Doctor: Meyer, Christopher PA-C
Start: 04/12/19       Exp: 04/11/20       D/C: 06/11/19       Pharmacy Dispensings: 0 ML in 418 days

**Insulin NPH (10 ML) 100 UNITS/ML INJ**
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
Rx#: 146617-MRG       Doctor: Meyer, Christopher PA-C
Start: 05/15/19       Exp: 05/14/20       D/C: 10/03/19       Pharmacy Dispensings: 0 ML in 385 days

**Insulin NPH (10 ML) 100 UNITS/ML INJ**
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***
Rx#: 147268-MRG       Doctor: Meyer, Christopher PA-C

**Complex:** MRG--MORGANTOWN FCI    **Begin Date:** 06/02/2019    **End Date:** 06/02/2020
**Inmate:** MANLAPAZ, JOSE BENJAMIN    **Reg #:** 91156-083    **Quarter:** T04-006L

## Active Prescriptions

**Start:** 06/12/19    **Exp:** 06/11/20    **D/C:** 10/03/19    **Pharmacy Dispensings:** 0 ML in 357 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 18 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 149609-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **D/C:** 12/17/19    **Pharmacy Dispensings:** 0 ML in 244 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 11 units of NPH insulin subcutaneously each evening ***pill line*** ***pill line***
**Rx#:** 149610-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **Pharmacy Dispensings:** 0 ML in 244 days

Insulin NPH (10 ML) 100 UNITS/ML INJ
Inject 14 units subcutaneously @ 0630 insulin line ***pill line***
**Rx#:** 150975-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 12/17/19    **Exp:** 12/16/20    **Pharmacy Dispensings:** 0 ML in 169 days

Insulin Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
**Rx#:** 145005-MRG    **Doctor:** Meyer, Christopher PA-C
**Start:** 03/13/19    **Exp:** 03/12/20    **D/C:** 10/03/19    **Pharmacy Dispensings:** 0 ML in 448 days

Insulin Reg (10 ML) 100 UNITS/ML Inj
Inject per sliding scale Subcutaneously - Two Times a Day-- 150-200  1 unit
201-250 2 units
251-300 3 units
301-350 4 units
>350 5 units ***pill line***
**Rx#:** 149611-MRG    **Doctor:** Khan, L. MD/CD
**Start:** 10/03/19    **Exp:** 10/02/20    **D/C:** 03/02/20    **Pharmacy Dispensings:** 0 ML in 244 days

156-083     MANLAPAZ, JOSE

# Medication Administration Record

JUN

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| I. Date 03/19 24 | Khan, L. MD/CD<br>**Inject 11 units of NPH insulin subcutaneously each evening \*\*\*pill line\*\*\*** | 1645 | 0.11<br>RWD<br>16:42 | | | | | | | | | | | | | | | | | | | | | | |
| . Date 02/20 23 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RG 3610- RG | Insulin  NPH (10 ML) 100 UNITS/ML INJ | | | | | | | | | | | | | | | | | | | | | | | | | |
| . Date 17/19 51 | Meyer, Christopher PA-C<br>**Inject 14 units subcutaneously @ 0630 insulin line** | 0630 | 0.14<br>RNW<br>06:40 | 0.14<br>RNW<br>06:15 | | | | | | | | | | | | | | | | | | | | | | |
| . Date 16/20 50 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| :G 0975- :G | Insulin  NPH (10 ML) 100 UNITS/ML INJ | | | | | | | | | | | | | | | | | | | | | | | | | |
| . Date 03/19 10 | Khan, L. MD/CD<br>**USE FOR BLOOD GLUCOSE TESTING ONLY....DISPOSE OF IN PROVIDED SHARPS CONTAINER... DO NOT TROW IN TRASH** | PRN | | | | | | | | | | | | | | | | | | | | | | | | |
| . Date 02/20 09 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| G 1604- G | Diabetic Supply - Lancets | | | | | | | | | | | | | | | | | | | | | | | | | |
| Date 03/19 1 | Khan, L. MD/CD<br>**FOR DISPOSAL OF LANCETS only ... DO NOT OVERFILL...RETURN TO PHARMACY WHEN FULL** | PRN | | | | | | | | | | | | | | | | | | | | | | | | |
| . Date 2/20 0 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| G 605- G | Diabetic Supply - Sharps Container | | | | | | | | | | | | | | | | | | | | | | | | | |

viders: RNW = Wright, R. | RWD = Dennison, R.

:umentation Codes: ORD = Order

gistration #: 91156-083     Pt. Name: MANLAPAZ, JOSE

DOB: 09/30/63

Report information is current as of the date and time of printing:  06/02/2(

# Medication Administration Record                JU

| | Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

91156-083    MANLAPAZ, JOSE

| | Medication Orders | Time |
|---|---|---|
| rd. Date 1/16/20 3:45 | Meyer, Christopher PA-C | PRN |
| xp. Date 7/14/20 3:44 | USE FOR BLOOD GLUCOSE TESTING ONLY...TURN IN METER TO PHARMACY WHEN REQUESTING REFILL OF STRIPS | |
| | | |
| 4RG | | |
| 51493-4RG | Diabetic Supply - Test Strips | |

Providers: RNW = Wright, R. | RWD = Dennison, R.

Documentation Codes: ORD = Order

Registration #: 91156-083        Pt. Name: MANLAPAZ, JOSE                    DOB: 09/30/63
                                            Report information is current as of the date and time of printing: 06/02

## CERTIFICATE OF CONCURRENCE

THIS IS TO CERTIFY that I have this day served the following participants in the case at bar with a true and correct copy of the foregoing document depositing a copy in the United States mail in a properly addressed envelope with adequate postage affixed thereto to ensure delivery.

Court Clerk
U.S. Court of Appeals
For the Fourth Circuit
Lewis F. Powell, Jr. Courthouse & Annex
1100 E. Main Street (#501)
Richmond, VA 23219

Honorable Anthony J. Trenga
U.S. District Judge
Eastern District of Virginia
Albert V. Bryan, U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Kimberly Riley Pedersen, AUSA
Katherine Wong, AUSA
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314

_____ (Inmate Signature)

Mr. Jose Benjamin Manlapaz
#91156-083
Federal Correctional Institution (Morgantown FCI)
P.O. Box 1000
Morgantown, WV 26507

Dated this ____4th____ day of ___March___ 2020 5pm

Document Title(s) Enclosed:   MOTION FOR REDRESS IN APPEAL PURSUANT

TO 28 USC [] 1291 DEDUCTIBLE BY

MANIFEST INJUSTICE