FILED: April 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2128
(1:17-cr-00115-AJT-1)

_____

In re: JOSE BENJAMIN MANLAPAZ, a/k/a Mr. Ben, a/k/a Ben Manlapaz

  Petitioner

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Judge Floyd.

For the Court

/s/ Patricia S. Connor, Clerk