MAILROOM AUG 11 2021 CLERK, U.S. DISTRICT ALEXANDRIA

Aug 5, 2021

Jose B Manlapaz Federal Reg. No. 91156-083
CORED DC - FBOP Program: Home Confinement
6919 Chelsea Road McLean VA 22101
Email: ben.manlapaz888@gmail.com

Fernando Galindo, Clerk of the Circuit Court
Eastern District of VA, United States District Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

RE: Case No: 1:17-CR-00115-AJT

Dear Mr. Fernando Galindo,

This letter is to request that I be provided with the documents, along with the attachments listed in my case docket from Document number 1 to 216 or later, whichever and how many entries there were.

I am currently in home confinement with the Federal Bureau of Prisons. My federal registration number is 91156-083. I am also indigent and not able to pay for the costs of obtaining this material. I ask that it be provided to me free of charge.

Please provide the copies in a CD disk in pdf format, or a USB drive in pdf format so I can view all the items relating to my case. Thank you very much for your help.

Sincerely,

Jose B Manlapaz 91156-083