Jose B Manlapaz
6919 Chelsea Rd.
McLean VA 22101

NOVA 220
9 AUG 2021 PM 4 L



Fernando Galindo, Clerk of Circuit Court
EDVA Albert V. Bryan US Courthouse
401 Courthouse Sq
Alexandria VA 22314

22314-570499

RECEIVED
MAILROOM
AUG 1 1 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA