

August 28, 2021

Jose B Manlapaz
6919 Chelsea Road
McLean VA 22101

Fernando Galindo, Clerk of the Court
United States District Court
Eastern District of Virginia
401 Courthouse Sq
Alexandria VA 22314-5704

RE:   Copy Request
       Case No: 1:17-CR-00115-AJT

Dear Mr. Fernando Galindo:

I am requesting that you provide me with all the copies in the case listed above, along with the attachments, so I can review. I am currently in home confinement with the Federal Bureau of Prisons. My federal register number is 91156-083. I am indigent and cannot afford the amount that I will be charged.

While in BOP custody, I am not allowed to carry or transport excessive documents and materials of a legal nature, when transferring between facilities. I am or was also not allowed internet access due to security reasons.

If they are excessive, please provide them in a thumb drive in pdf format. This may help defray costs of shipping voluminous documents. This is my second request. Thank you for your help.

Sincerely,

Jose B Manlapaz
91156-083