Jose B Manlapaz
6919 Chelsea Rd.
Mclean VA 22312



NO VA 223
30 AUG 2021 PM 7 L
FOREVER / USA

Fernando Galindo Clerk of the Court
US District Ct. EDVA
401 Courthouse SQ
Alexandria VA 22314-5704

22314-579899