

October 20, 2021

Jose B Manlapaz
6919 Chelsea Road
McLean VA 22101

Fernando Galindo, Clerk of the Court
United States District Court
Eastern District of Virginia
401 Courthouse Sq
Alexandria VA 22314-5704

RE:   Case No: 1:18CV940-TSE-IDD
      Case No: 1:17-CR-00115-AJT

Dear Mr. Fernando Galindo:

I am requesting that you provide me with all the copies of the court dockets, in the cases listed above, along with the attachments, documents, and files so I can review them. I am currently in home confinement with the Federal Bureau of Prisons. My federal BOP registration number is 91156-083. I am indigent and cannot afford the amount that I will be charged.

If they are excessive, please provide them in a thumb drive in pdf format. This may help defray costs of shipping voluminous documents. This is my third request for documents, court records, court dockets about cases involving me. Thank you for your help.

Sincerely,

Jose B Manlapaz
91156-083