Jose B Maota paz
6919 Chelsea Rd.
McLean VA 22101

NOVA 220
20 OCT 2021 PM 2 L

Fernando Galindo, Clerk of Court
US Dist. Ct. EDVA
401 Courthouse SQ
Alexandria VA 22314-5704

22314-570499