August 23, 2023

Jose B Manlapaz
6919 Chelsea Road
McLean VA 22101



Fernando Galindo, Clerk of Court
United States District Court Eastern District of Virginia
401 Courthouse Square
Alexandria VA 22314

RE: Copies of Documents for 2013 and 2017

Dear Mr. Fernando Galindo,

I would like to request copies of all documents related to the following:

- 2013 Search Warrant conducted May 15, 2013 and all related documents. I do not know the case number but the search was on the premises occupied by JBM Financial Services, 6201 Leesburg Pike Ste 218, Falls Church VA 22013
- 2017 Search Warrant Case NO. 1:17-SW-278, for the premises located at 4616 Willow Run Drive, Annandale VA 22003 and related documents.
- 2017 Search Warrant Case NO. 1:17-SW-279 for the premises located at JBM Financial SErvices/Group, 6201 Leesburg Pike Suite 408, Falls Church VA 22044 and all related documents
- 2017 Search Warrant conducted June 2 at the Wells Fargo Bank located at 1753 Pinnacle Dr, McLean, VA 22102

All these documents are SEALED. I asked for copies from former attorneys but I have been largely ignored for a long time since I am no longer a client. I understand the copies are voluminous so I ask that all the copies of all the documents be zipped and emailed to me at my email: ben.manlapaz888@gmail.com. You can password protect them for me if privacy is an issue. If that is not feasible, then please provide them in a cd-rom copy and mail the cd-rom to me at my address listed above.

I am currently in home confinement and have very limited movement. I was in prison when all of this happened and I am not allowed to have any paperwork or USB memory cards as this may be a violation of prison standards. I am also indigent as I am currently unemployed. Let me know how to proceed.

Thank you for your assistance in this matter.

Respectfully,

Jose B Manlapaz
Case: 1:17-CR-0115-AJT