Jose B Manlapaz
6919 Chelsea Rd.
McLean VA 22101

NOVA 220

23 AUG 23 PM 02



Fernando Galindo
Clerk of Court
USDC EDVA
401 Courthouse Square
Alexandria VA 22314



22314-570499