September 22 2023

Jose B Manlapaz
6919 Chelsea Road
McLean VA 22101

FILED
MAILROOM
SEP 25 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Fernando Galindo, Clerk of Court
United States District Court Eastern District of Virginia
401 Courthouse Square
Alexandria VA 22314

RE: Copies of Documents for 2013 and 2017 Search Warrants and Related Documents

Dear Mr. Fernando Galindo,

This is my second request from your good office for the documents needed. I would like to request copies of all documents related to the following:

- 2013 Search Warrant conducted May 15, 2013 and all related documents. I do not know the case number but the search was on the premises occupied by JBM Financial Services, 6201 Leesburg Pike Ste 218, Falls Church VA 22013
- 2017 Search Warrant Case NO. 1:17-SW-278, for the premises located at 4616 Willow Run Drive, Annandale VA 22003 and related documents.
- 2017 Search Warrant Case NO. 1:17-SW-279 for the premises located at JBM Financial Services/Group, 6201 Leesburg Pike Suite 408, Falls Church VA 22044 and all related documents
- 2017 Search Warrant conducted June 2 at the Wells Fargo Bank located at 1753 Pinnacle Dr, McLean, VA 22102

All these documents are SEALED. I asked for copies from former attorneys but I have been largely ignored for a long time since I am no longer a client. I understand the copies are voluminous so I ask that all the copies of all the documents be zipped and emailed to me at my email: ben.manlapaz888@gmail.com. You can password protect them for me if privacy is an issue. If that is not feasible, then please provide them in a cd-rom copy and mail the cd-rom to me at my address listed above.

The requested documents will help me understand what happened during those times because I was sent to prison and was not allowed to bring in paperwork. This will also help me request additional paperwork and respond to other government agency requests.

Thank you for your assistance in this matter.

Respectfully,

Jose B Manlapaz
Case: 1:17-CR-0115-AJT