Jose B Martinez
6919 Chelsea Rd
McLean VA 22101

NOVA 220
22 SEP 2023 PM 6 L

RECEIVED MAILROOM
SEP 25 2023
CLERK, U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

Fernando Galindo, Clerk of Court
US Dist Ct. EDVA
401 Courthouse Sq
Alex VA 22314

22314-570499

US MARSHALS SERVICE