IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:17-cr-0115 (AJT) |
| ) | |
| JOSE BENJAMIN MANLAPAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Pending before the Court are Defendant's Motions for Copies of Docket Entries 1–216 [Doc. Nos. 237, 238, 239] and Defendant's Motions for Copies of Search Warrants [Doc. Nos. 240, 241]. Upon consideration of the motions, it is hereby

**ORDERED** that the Defendant's Motions for Copies of Docket Entries 1–216 are **GRANTED** in part and **DENIED** in part. The Motions for Copies of Docket Entries 1–216 are **GRANTED** as to entries 1–119, 121–181, and 195–216, and the Motions are **DENIED** as to docket entries 120 and 182–194 (transcripts of proceedings); and it is further

**ORDERED** that Defendant's Motions for Copies of Search Warrants shall be, and the same hereby are, **DENIED**. The search warrants requested, which the Court assumes for the purposes of the Motions are the search warrants executed at JBM's office in Vienna, VA, *see* [Doc. No. 2] ¶ 10, are not part of the judicial record before this Court.

The Clerk is directed to send a copy of this Order to the *pro se* Defendant and all counsel of record. The Clerk is further directed to provide Defendant with copies of the appropriate docket entries, along with instructions to Defendant regarding how he may place an order for copies of the requested transcripts.

Alexandria, Virginia
February 8, 2024

_____
Anthony J. Trenga
Senior U.S. District Judge

2