**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

UNITED STATES OF AMERICA

Plaintiff,

Vs.

Jose Benjamin Manlapaz

Pro Se Defendant

Case No: 1:17-CR-00115-AJT-1

FILED AUG 22 2025 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

---

## MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Comes now, Jose Benjamin Manlapaz, pro se defendant in the above-captioned case, respectfully requesting this Honorable Court to terminate my supervised release early. I have served more than a year and a half of my three year term of supervised release and respectfully submit that early termination is warranted under 18 U.S.C. § 3583(e)(1).

I. Introduction

Defendant was sentenced on October 19, 2018 to 108 months in prison with credit for time served and was released from the custody of the Federal Bureau of Prison last January 30, 2024. He then began a 3 year term of supervised release last January 31 2024, under the supervision of the United States Probation and Pre-Trial Services for the Eastern District of Virginia, and has served more than a year and a half of that term.

II. Compliance with Supervised Release

Since my release I have:

1. Fully complied with all the conditions of my supervised release. I am currently working as an assistant manager at Nova Kids First. I started working last February 22, 2024 and continue to work there to the present day.

1

2. Opened a simple checking and savings account where I made continuous payments to restitution amounts imposed by my sentence. I have paid the restitution monthly since being transferred to FCI Morgantown, WV and continue to do so monthly since being in supervised release.
3. File the required supervision reports and personal income and expense statements without fail.
4. Completed the required programs of supervised release. I have also consulted with the probation officer concerning travel within reasonable distance of the Eastern District of Virginia.
5. No violations nor incidents with law enforcement.

III. Grounds for Early Termination

Early termination is in the interest of justice and consistent with public safety because:

1. Rehabilitation and Reentry: I have:
    a. Maintained sobriety, secured stable housing and reunited with family.
    b. Improved my chances of employment by finishing my bachelors degree in business management while incarcerated.
    c. Studied and completed the executive certificate in project management while on supervised release.
    d. Sought continual improvement through self help programs
    e. Consulted with the probation office, Ms. Nicole Andrews and provided her with a copy of this motion.
2. Hardship
    a. Continued supervision poses a barrier to gainful employment with the private sector, even with a bachelors degree in business management and a certificate in project management.
    b. A large number of employment within my administrative and marketing career, require consistent travel in and outside of the Commonwealth of Virginia.
    c. Current supervision and felony conviction present a barrier when employers require background checks and employment history.
    d. Financial strain since high-paying jobs are currently out of reach.
3. Public Safety.
    a. I pose no risk to the community as evidenced by my good conduct, employment, and family support.
    b. I have no prior history of convictions.
    c. I have complied with all supervision requirements without any incident. There are no run-ins with the law and I have maintained sobriety since the day of imprisonment in 2017.

2

## IV. Conclusion

For the foregoing reasons, I respectfully request that the Court grant this motion and terminate my supervised release, having served more than a year and a half after release from a 108 month incarceration.

Dated: August 18, 2025

Respectfully submitted,

_____
Jose Benjamin Manlapaz
6919 Chelsea Rd, McLean VA 22101
240-746-5878 CP
ben.manlapaz888@gmail.com
Pro Se Defendant

---

## ORDER

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Jose Benjamin Manlapaz for the reasons set forth above.

Dated: _____

_____
Honorable Judge Anthony J. Trenga

3