August 18 2025

Jose Benjamin Manlapaz
6919 Chelsea Road
McLean VA 22101

US District Court for the Eastern District of Virginia
Alexandria Division
Albert V Brian US Courthouse
401 Courthouse Square
Alexandria VA 22314

RE:    Motion for Early Termination of Supervised Release
       A Personal Statement

Dear Honorable Judge Anthony J. Trenga,

I am requesting early termination of my supervised release. During my incarceration, I have thought long and hard about my situation and have decided not to commit any type of fraud, not for me and not for anyone else for that matter. This is now how I run my life. It is very difficult, but in the end, I only have myself to blame for what happened.

Since accepting it, I found that I am able to sleep better at night. There are no more worries, no concerns, and no over thinking about any situation. Fortunately, while in prison, I have not had any incidents nor violations of any kind. The guards at the Alexandria jail have been very protective. The counselors assigned me at the FCI Morgantown, have treated me kindly, Since being released from the custody of the BOP, I have had a better attitude in life. Also, after being employed,  I can go home and smile because I know I put in a hard, honest day's work.

My situation presents new challenges for me. The current felony record and history provide a barrier to higher paying jobs in the private sector. A marketing and management career oftentimes require travel and additional pay, which I am not able to exercise given my restrictions.

Despite that, I have finally attained my lifelong goal of at least getting a bachelor's degree. At my age, getting more education, such as pursuing a masters degree, or even certificates of learning, are simpler things I am working on and pursuing. I am also having better relationships with my wife and son, who continue to respect me, after what happened.

So I ask that my supervised release be terminated early. Thank you.

Respectfully,

Jose Benjamin Manlapaz