UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

*FILED MAILROOM AUG 20 2025 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA*

UNITED STATES OF AMERICA
Plaintiff(s),

Case No. 1:17-CR-00115-AJT-1

v.

Jose Benjamin Manlapaz
Pro Se Defendant

---

## LOCAL RULE 83.1 (N) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared or assisted in the preparation of:

    MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

_____
Jose Benjamin Manlapaz
Pro Se Defendant

Executed on: 18th day of August 2025

# CERTIFICATE OF SERVICE

The undersigned hereby certified that a true copy of the foregoing: MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE, was mailed this 18th day of August 2025 to:

Honorable Judge Anthony J. Trenga
US District Court
Eastern District of Virginia
Alexandria Division
Albert V Bryan US Courthouse
401 Courthouse Square
Alexandria VA 22314

Katherine Wong
Assistant US Attorney
US Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria VA 22314

Fernando Galindo
Clerk of Court
US District Court
Eastern District of Virginia
Albert V Bryan US Courthouse
401 Courthouse Square
Alexandria VA 22314

Nicole Andrews
Probation Officer
United States Probation Office
Eastern District of Virginia
8809 Sudley Road Suite 200
Manassas, Virginia 20110-4749

_____
By: Jose Benjamin Manlapaz
Pro Se Defendant