Jose B Manlapaz
6919 Chelsea Road
McLean VA 22101

NOVA 220
18 AUG 2025 PM 6 L

RECEIVED
AUG 22 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

(mail)

Honorable Judge Anthony Trenga
US District Court EDVA
Albert V. Bryan US Courthouse
401 Courthouse Sq
Alexandria VA 22314

US MARSHALS SERVICE

22314-579899