

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

Case Number: 1:17-CR-00115-AJT-1

Name: Jose Benjamin Manlapaz

Address: 6919 Chelsea Rd.
McLean VA 22101

Telephone Number: 240-746-5878 CP

Email Address: ben.manlapaz888@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: /s/    Date: 8-18-2025

Court Use Only:

The request is GRANTED  X    or DENIED _____

Anthony J. Trenga
Senior U.S. District Judge

08/27/2025
(Date)