IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:17-cr-0115 (AJT) |
| ) | |
| JOSE BENJAMIN MANLAPAZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

Before the Court is *pro se* Defendant Jose Benjamin Manlapaz's Motion for Early Termination of Supervised Release, [Doc. No. 243] (the "Motion"). It is hereby

**ORDERED** that the government file any response to the Motion by September 10, 2025.

The Clerk is directed to send a copy of this Order to all counsel of record and the *pro se* Defendant.

Alexandria, Virginia
August 27, 2025

_____
Anthony J. Trenga
Senior U.S. District Judge